**05 - 11721 MLW**

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANICE CAMILLO, )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>ALL PRO MOVING & STORAGE, INC., )<br>)<br>*Defendant.* )<br>) | CIVIL ACTION<br>NO. |

## CORPORATE DISCLOSURE STATEMENT OF
## DEFENDANT ALL PRO MOVING & STORAGE, INC. (LOCAL RULE 7.3)

Defendant All Pro Moving & Storage, Inc. states that it has no parent corporation and that none of its stock is publicly held.

ALL PRO MOVING & STORAGE, INC.
By its attorney,

August 18, 2005

*[signature]*

Wesley S. Chused (BBO #083520)
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2005 I served a copy of the foregoing pleading upon all parties hereto by hand, electronically, facsimile or by mailing copies thereof via first-class mail, postage prepaid, properly addressed to:

>John H. Molloy, Esq.
>Sean F. Donahue, Esq.
>379 Salem Street
>Medford, Massachusetts 02155

*/s/ Wesley S. Chused*
Wesley S. Chused