UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JANICE CAMILLO,<br><br>Plaintiff,<br><br>-v-<br><br>ALL PRO MOVING & STORAGE, INC.,<br><br>Defendant. | DOCKET NO.: 05-11721-MLW<br><br>REQUEST FOR SPECIAL RELIEF<br>FED.R.CIV.P. 5.1(c) |

## PLAINTIFF'S MOTION FOR SHORT ORDER OF NOTICE

Plaintiff, Janice Camillo ("Mrs. Camillo"), by her attorneys, respectfully requests that this Honorable Court Order notice that plaintiff's:

(1) Application for Preliminary Injunction;

(2) Motion for Order Compelling Defendant to Reveal Location of Furnishings and Allow Inspection; and

(3) Motion for Order Compelling Defendant to Deliver Furnishings to Atlanta or, Alternatively, to Permit Plaintiff to Arrange Alternative Transport

filed herewith be heard on the next early date convenient for the Court.

In support of the foregoing, Mrs. Camillo states as follows:

1. Defendant All Pro Moving & Storage, Inc. ("All Pro") is in possession of Mrs. Camillo's personal belongings and home furnishings. All Pro refuses to reveal the location of the items; and refuses to release the items to Mrs. Camillo. *See Verified Complaint* ¶¶ 6-14.

2. There is an urgency to this matter as Mrs. Camillo is presently living in Georgia in a home without furniture and without the many personal items and family belongings that are rightfully hers. *See Verified Complaint* ¶¶ 18.

WHEREFORE, plaintiff Janice Camillo respectfully requests that this Honorable Court Order notice that plaintiff's motions filed herewith be heard on the next early date convenient for the Court; and for such other and further relief as this Court deems just and appropriate.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Fed.R.Civ.P. Rule 7.1(D), plaintiff hereby requests oral argument of the within motion.

JANICE CAMILLO, Plaintiff,
By her Attorneys,

**LAW OFFICES OF JOHN H. MOLLOY**

_____
John H. Molloy        BBO #600778
Sean F. Donahue       BBO #558058
379 Salem Street
Medford, Massachusetts 02155
(781) 395-3569