UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANICE CAMILLO, | ) |
| Plaintiff, | ) DOCKET NO.: 05-11721-MLW |
| -v- | ) REQUEST FOR SPECIAL RELIEF |
| ALL PRO MOVING & STORAGE, INC., | ) FED.R.CIV.P. 5.1(c) |
| Defendant. | ) |

**PLAINTIFF'S EMERGENCY MOTION FOR ORDER COMPELLING DEFENDANT TO DELIVER FURNISHINGS TO ATLANTA OR, ALTERNATIVELY, TO PERMIT PLAINTIFF TO ARRANGE ALTERNATIVE TRANSPORT**

Plaintiff, Janice Camillo ("Mrs. Camillo"), by her attorney, respectfully requests that this Honorable Court Order defendant All Pro Moving & Storage, Inc. ("All Pro") to deliver plaintiff's furnishings to her residence in Atlanta as set forth in the contract between the parties; or, alternatively to permit plaintiff to arrange alternative transport.

In support of the foregoing, Mrs. Camillo states:

1.  Defendant All Pro was hired by Mrs. Camillo to transport her home furnishings to her new residence in Atlanta, Georgia. *See Verified Complaint at* ¶¶ 5-10.

2.  A dispute arose concerning the price of the moving job depending on the weight of the items. As is more particularly set forth in plaintiff's *Verified Complaint*, All Pro only delivered one truckload of items to the Atlanta property, informing Mrs. Camillo

that the other truckload had been placed in storage in order that the truck could be returned to Boston. *See Verified Complaint* ¶ 14.

3. All Pro refused to unload the truckload of furnishings at the Atlanta property and has refused to reveal the location of the furnishings, threatening to auction the items. *See Verified Complaint* ¶¶ 15-17.

WHEREFORE, plaintiff Janice Camillo respectfully requests that this Honorable Court Order defendant All Pro Moving & Storage, Inc. ("All Pro") to deliver the furnishings to Atlanta or, alternatively, to permit plaintiff to arrange alternate transport.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Fed.R.Civ.P. Rule 7.1(D), plaintiff hereby requests oral argument of the within motion.

> JANICE CAMILLO, Plaintiff,
> By her Attorneys,
>
> **LAW OFFICES OF JOHN H. MOLLOY**
>
> _____
> John H. Molloy       BBO #600778
> Sean F. Donahue      BBO #558058
> 379 Salem Street
> Medford, Massachusetts 02155
> (781) 395-3569