UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANICE CAMILLO, | ) |
| | ) |
| Plaintiff, | ) DOCKET NO.: 05-11721-MLW |
| | ) |
| -v- | ) |
| | ) REQUEST FOR SPECIAL RELIEF |
| ALL PRO MOVING & STORAGE, INC., | ) FED.R.CIV.P. 5.1(c) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S EMERGENCY MOTION FOR ORDER COMPELLING
DEFENDANT TO REVEAL LOCATION OF FURNISHINGS
AND ALLOW INSPECTION**

Plaintiff, Janice Camillo ("Mrs. Camillo"), by her attorney, respectfully requests that this Honorable Court Order defendant All Pro Moving & Storage, Inc. ("All Pro") to reveal the location of the home furnishings and personal items belonging to Mrs. Camillo and further to allow Mrs. Camillo and/or her representatives to inspect the personal belongings.

In support of the foregoing, Mrs. Camillo states:

1. Defendant All Pro was hired by Mrs. Camillo to transport her home furnishings to her new residence in Atlanta, Georgia. *See Verified Complaint* at ¶¶ 5-10.

2. A dispute arose concerning the price of the moving job depending on the weight of the items. As is more particularly set forth in plaintiff's *Verified Complaint*, All Pro only delivered one truckload of items to the Atlanta property, informing Mrs. Camillo

that the other truckload had been placed in storage in order that the truck could be returned to Boston. *See Verified Complaint* ¶ 14.

3.   All Pro refused to unload the truckload of furnishings at the Atlanta property and has refused to reveal the location of the furnishings, threatening to auction the items. *See Verified Complaint* ¶¶ 15-17.

WHEREFORE, plaintiff Janice Camillo respectfully requests that this Honorable Court Order defendant All Pro Moving & Storage, Inc. ("All Pro") to reveal the location of the home furnishings and personal items belonging to Mrs. Camillo; and further to allow Mrs. Camillo and/or her representatives to inspect the personal belongings for the state of their condition; and for such other and further relief as this Court deems just and appropriate.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Fed.R.Civ.P. Rule 7.1(D), plaintiff hereby requests oral argument of the within motion.

JANICE CAMILLO, Plaintiff,
By her Attorneys,

**LAW OFFICES OF JOHN H. MOLLOY**

_____
John H. Molloy          BBO #600778
Sean F. Donahue        BBO #558058
379 Salem Street
Medford, Massachusetts 02155
(781) 395-3569