UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                                    )
JANICE CAMILLO,                     )
                                    )
   Plaintiff,                       )    DOCKET NO.: 05-11721-MLW
                                    )
-v-                                 )
                                    )
                                    )
ALL PRO MOVING & STORAGE, INC.,     )
                                    )
   Defendant.                       )
_____ )
```

## PLAINTIFF'S EXHIBITS

| | | |
|---|---|---|
| **Exhibit 1** | | **All Pro Yellow Page Advertisement** |
| **Exhibit 2** | **July 5, 2005** | **Estimated Cost of Services** |
| **Exhibit 3** | **June 30, 2005** | **Pick Up Information** |
| **Exhibit 4** | **July 12-13, 2005** | **Inventory** |
| **Exhibit 5** | | **Weigh Slips** |

**906 MOVERS**

*veri/on*

**Burlington • Cambridge • Dedham**

# LOCAL & LONG DISTANCE MOVING

## SERVING ALL OF BOSTON & SUBURBAN AREAS



# ALL PRO
★★★★★
## VAN LINES
### "PROFESSIONALS MOVING PROFESSIONALS"

## Visit Our Website at All-ProVanLines.com

- Furniture Quilt - Pad Wrapped Before Removal from Home AT NO EXTRA CHARGE
- Furniture Uncovered, Placed and Set Up in New Home
- We Do Not Require All Drawers To Be Emptied
- Courteous and Quality Trained Personnel
- New Padded Float-Pak Vans
- Automated Lifts
- VANS FUMIGATED DAILY

- Complete Packing & Unpacking Service
- Boston Direct Service
- Saturday & Short Notice Moves
- Weekly Trips To Maine & All States Between
- Residential & Office Moving
- Free Friendly Estimates-Competitive Prices
- Licensed Piano Movers
- Safe & Secure Storage
- Auto Transporter
- Always Written Guaranteed Prices For East Coast Moves

# 617 267-5333
# 781-321-7888

*Visit Our Website at All-ProVanLines.com*

*Brookline • Medford • Bedford • Arlington • Salem* (vertical left margin)

33090  © 2005 Verizon Yellow Pages Company (vertical right margin)

**• Boston • Quincy • Worcester • Lynn**

# ESTIMATED COST OF SERVICES

MC 323997

**ALL PRO MOVING & STORAGE**
AGENT FOR ALL PRO VAN LINES
100 LAMARTINE STREET
WORCESTER, MA 01608
(508) 890-1100

MARK 978 996-8565

DATE 7/5/05

Name of shipper ___Janice Camillo___    Phone No. _____

Address of shipper ___31 Wellington Hill St.___    Zip code _____

Shipment moving from ___Mattapan (Boston) MA to Zaysin GA.___

Shipper's destination contact _____    Phone No. _____

Packing Date Requested _____    Loading Date Requested ___7/7/05___    Delivery Date or period of time requested _____

**IMPORTANT NOTICE:** This estimate covers only the articles and services listed. It is not a guarantee that the actual charges will not exceed the amount of the estimate. Common carriers are required by law to collect transportation and other incidental charges computed on the basis of rates shown in their lawfully published tariffs, regardless of prior rate quotations or estimates made by the carrier or its agents. Exact charges for loading, transporting, and unloading are based upon the weight of the goods transported, and such charges may not be determined prior to the time the goods are loaded on the van and weighed. Charges for additional services will be added to the transportation charges.

| RULE | SEC. | ITEM | SERVICES | | CHARGES |
|------|------|------|----------|-----|---------|
| | | | Transportation FROM ZIP            TO ZIP | | 6284.35 |
| | | | Origin/Destination Fee | | 328.90 |
| | | | Fuel Surcharge (when applicable) | | 314.21 |
| | | | Insurance Surcharge (when applicable) | | |
| | | | Valuation | | |
| | | | Containers, Packing & Unpacking | | |
| | | | Storage-In-Transit at ZIP Location _____ Date In _____ Date Out _____ | | |
| | | | SIT Pickup and Delivery | | |
| | | | Extra Pickups or Deliveries No. _____ at ZIP(s) _____ | | |
| | | | Extra Labor, Special Services or Waiting Time    Stairs | | 321.75 |
| | | | Bulky Articles | | |
| | | | Additional Weight Additives | | |
| | | | Advanced Charges | | |
| | | | Shuttle Service | | |
| | | | Self-Storage/Mini-Warehouse Pickups or Deliveries | | |
| | | | Overtime Pickups or Deliveries | | |
| | | | Other Additional Services | | |

**TOTAL ESTIMATED COST $ 7249.11**

If the total tariff charges for the listed articles and services exceed this estimate by more than ten percent, then, upon your request, the carrier must relinquish possession of your shipment upon delivery in advance of the payment of the total amount of tariff charges shown on the bill of lading or freight bill. You are still obligated to pay the balance of the total charges within 15 days.

Maximum amount to be paid on delivery of your C.O.D. shipment in cash, certified check or money order is (total estimated cost plus 10 percent):

$ 7249.11

## FULL AND CUSTOM CONTAINER SERVICE

| FULL SERVICE | CONTAINERS & PACKING | $ | UNPACKING | $ |
|---|---|---|---|---|

| CUSTOM SERVICE | CONTAINERS & PACKING | UNPACKING |
|---|---|---|
| CARTON DESCRIPTION | QUANTITY | QUANTITY |
| DISH PACKS | | 1557 |
| CARTONS    Less Than 3 cft. | | 626  Mazda |
| CARTONS    3 cft. | | |
| CARTONS    4.5 | | (97 |
| CARTONS    6 | | |
| CARTONS    6.5 | | |
| WARDROBE, CTN. | | |
| CRIB MATTRESS CTN. | | 700.00 |
| MATTRESS CTN., TWIN/TWIN LONG | | |
| MATTRESS CTN., DOUBLE (NOT EXCEEDING 54" X 75") | | |
| MATTRESS CTN., KING/QU. (EXCEEDING 54" X 75") | | |
| HEAVY DUTY | | Box Stop — Lee |
| OTHER | | 136.00 |
| OTHER | | 617-661-1881 |
| | TOTAL CONTAINERS & PACKING | $ | TOTAL UNPACKING | $ |

Remarks: _____

# ALL PRO VAN LINES
★ ★ ★ ★
"PROFESSIONALS MOVING PROFESSIONALS"

100 Lamartine Street • Worcester, MA 01608
508-890-1100 • 978-630-4800 • 1-866-2-ALL-PRO

Date: 6/30/05

*[Handwritten top right: BEG. DAY OF MOVE 7-12-05 Guys didn't moving every thing, have to come back tomorrow to get the rest of my items]*

## PICK UP INFORMATION

Shipper: Janice Camillo
Origin Address: 31 Wellington Hill St
City, State: Mattapan, MA.
Country:
Telephone: 617-417-0678 cell
Pick Up Dates: 7/8/05

## DESTINATION INFORMATION

Consignee:
Dest. Address:
City, State: Smyrns, GA.
Country:
Telephone: 617-304-8971 cell.
Delivery Dates:

Telephone Estimates · · · · · Yes ____ No ____
Non Binding Estimate · · · · · Yes ____ No ____
Binding Estimate · · · · · Yes ✓ No ____
Visual Estimate Performed · · · · · Yes ✓ No ____

| | | EST. CONTAINERS | Cont. | Packing |
|---|---|---|---|---|
| Mileage | 1051 | Dishes Barrels | | |
| Est. Weight | 18000 | 1.5 Cubic Ft. | | |
| Full Line Haul | 16917 | 3.0 Cubic Ft. | | |
| Percentage Cut | 50% | 4.5 Cubic Ft. | | |
| Charged Line Haul | 8458.50 | 6.0 Cubic Ft. | | |
| Bottom Line Haul | — | 6.5 Cubic Ft. | | |
| 6% Fuel | 507.51 | Waredrobes | | |
| Origin ATC 1.40 | 252.00 | Mirror Cartons | | |
| Dest. ATC 4.90 | 162 | Matress: | | |
| Piano Charge | | Single-Double | | |
| Grandfather Clock | | King-Queen | | |
| Extra Pick-Up | | Crib | | |
| # 1 Flights Origin | 405 | Special Crates | | |
| # Flights Dest. | | | | |
| Elevator Origin | | | | |
| Elevator Dest. | | | | |
| Excessive Carry | | | | |
| Washer Servicing | | | | |
| Valuation Ins | | | | |
| Containers/Packing | | | | |
| TOTAL CHARGES | 9785.01 | | | |

*[Handwritten: Total Charges $1200]*

COMMENTS:

X _____ Salesperson

Creative Graphics • 954-962-8868

All Pro Van Lines/Form • 05/02

**ALL PRO VAN LINES, INC.**    AGENT  AP

HOUSEHOLD GOODS DESCRIPTIVE INVENTORY

PAGE NO.    NO. OF PAGES

CARRIER'S REFERENCE NO.

OWNER'S GRADE OR RATING AND NAME — Janice Camillo

ORIGIN LOADING ADDRESS  31 Wellington Hill    CITY Methuen    STATE MA

DESTINATION  Smyrna  GA

GOVT OR GBL NO.

GOVT SERVICE ORDER NO.

VAN NUMBER

### DESCRIPTIVE SYMBOLS

WW - BLACK & WHITE TV
C - COLOR TV
CP - CARRIER PACKED
PBO - PACKED BY OWNER
CD - CARRIER DISASSEMBLED
SW - STRETCH WRAPPED

DBO - DISASSEMBLED BY OWNER
PE - PROFESSIONAL BOOKS
PE - PROFESSIONAL EQUIPMENT
PP - PROFESSIONAL PAPERS
MCU - MECHANICAL CONDITION UNKNOWN

### EXCEPTION SYMBOLS

BE - BENT
BR - BROKEN
BU - BURNED
CH - CHIPPED
CU - CONTENTS & CONDITION UNKNOWN

D - DENTED
F - FADED
G - GOUGED
L - LOOSE
M - MARRED
MI - MILDEW

MO - MOTH EATEN
R - RUBBED
RU - RUSTED
SC - SCRATCHED
SH - SHORT

BO - BOXED
ST - STAINED
T - TORN
W - BADLY WORN
X - CRACKED

### LOCATION SYMBOLS

1. ARM
2. BOTTOM
3. CORNER
4. FRONT
5. LEFT
6. LEGS
7. REAR

8. RIGHT
9. SIDE
10. TOP
11. VENEER
12. EDGE
13. CENTER
14. INSIDE

15. SEAT
16. DRAWER
17. DOOR
18. SHELF
19. HARDWARE

NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR.

| ITEM NO. | CR. REF. | ARTICLES | CONDITION AT ORIGIN | | EXCEPTIONS (IF ANY) AT DESTINATION | ITEM NO. |
|---|---|---|---|---|---|---|
| 201 | | Box | P.B.O | | | 1 |
| 2 | | | | | | 2 |
| 3 | | | | | | 3 |
| 4 | | | | | | 4 |
| 5 | | | | | | 5 |
| 6 | | | | | | 6 |
| 7 | | | | | | 7 |
| 8 | | | | | | 8 |
| 9 | | | | | | 9 |
| 210 | | Box | P.B.O | | | 0 |
| 1 | | | | | | 1 |
| 2 | | | | | | 2 |
| 3 | | | | | | 3 |
| 4 | | | | | | 4 |
| 5 | | | | | | 5 |
| 6 | | | | | | 6 |
| 7 | | | | | | 7 |
| 8 | | | | | | 8 |
| 9 | | | | | | 9 |
| 20 | | Box | P.B.O | | | 0 |
| 1 | | | | | | 1 |
| 2 | | | | | | 2 |
| 3 | | | | | | 3 |
| 4 | | | | | | 4 |
| 5 | | | | | | 5 |
| 6 | | | | | | 6 |
| 7 | | | | | | 7 |
| 8 | | | | | | 8 |
| 9 | | | | | | 9 |
| 30 | | Box | P.B.O | | | 0 |
| 1 | | | | | | 1 |
| 2 | | | | | | 2 |
| 3 | | | | | | 3 |
| 4 | | | | | | 4 |
| 5 | | | | | | 5 |
| 6 | | | | | | 6 |
| 7 | | | | | | 7 |
| 8 | | | | | | 8 |
| 9 | | | | | | 9 |
| 0 | | Box | P.B.O | | | 0 |

ITEM NO.  REMARKS/EXCEPTIONS

**WARNING** ➡ "WE HAVE CHECKED ALL THE ITEMS LISTED AND NUMBERED 1 TO _____ INCLUSIVE AND ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE GOODS TENDERED AND OF THE STATE OF THE GOODS RECEIVED" BEFORE SIGNING CHECK SHIPMENT, COUNT ITEMS AND DESCRIBE LOSS OR DAMAGE IN SPACE ON THE RIGHT ABOVE.

TAPE LOT NO.
NOS. FROM

TAPE COLOR
THRU

AT ORIGIN
CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER)
(SIGNATURE) _____ DATE 7/13/05
OWNER OR AUTHORIZED AGENT (SIGNATURE) Janice Camillo DATE 7/13/05

AT DESTINATION
CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER)
(SIGNATURE)
OWNER OR AUTHORIZED AGENT (SIGNATURE)
DATE

BIN PRINTING INC., 1290 MOTOR PARKWAY, HAUPPAUGE, NY 11749 (631) 582-8900

OWNER'S GRADE OR RATING AND NAME
Janice Camillo

CONTRACT OR GBL. NO.

ORIGIN LOADING ADDRESS
31 Wellington Hill St    City Mattapan    State MA    GOVT. SERVICE ORDER NO.

DESTINATION
Smyran G.A.    VAN NUMBER

| ITEM NO. | CR. REF. | ARTICLES | CONDITION AT ORIGIN | | EXCEPTIONS (IF ANY) AT DESTINATION | ITEM NO. |
|---|---|---|---|---|---|---|
| 1 | | Box | P-B-O | | | 1 |
| 2 | | | | | | 2 |
| 3 | | | | | | 3 |
| 4 | | | | | | 4 |
| 5 | | | | | | 5 |
| 6 | | | | | | 6 |
| 7 | | | | | | 7 |
| 8 | | | | | | 8 |
| 9 | | | | | | 9 |
| 0 | | Box | P-B-O | | | 0 |
| 1 | | | | | | 1 |
| 2 | | | | | | 2 |
| 3 | | | | | | 3 |
| 4 | | | | | | 4 |
| 5 | | | | | | 5 |
| 6 | | | | | | 6 |
| 7 | | | | | | 7 |
| 8 | | | | | | 8 |
| 9 | | | | | | 9 |
| 0 | | Box | P-B-O | | | 0 |
| 1 | | | | | | 1 |
| 2 | | | | | | 2 |
| 3 | | | | | | 3 |
| 4 | | | | | | 4 |
| 5 | | | | | | 5 |
| 6 | | | | | | 6 |
| 7 | | | | | | 7 |
| 8 | | | | | | 8 |
| 9 | | | | | | 9 |
| 0 | | Box | P-B-O | | | 0 |
| 1 | | | | | | 1 |
| 2 | | | | | | 2 |
| 3 | | | | | | 3 |
| 4 | | | | | | 4 |
| 5 | | | | | | 5 |
| 6 | | | | | | 6 |
| 7 | | | | | | 7 |
| 8 | | | | | | 8 |
| 9 | | | | | | 9 |
| 0 | | Box | P-B-O | | | 0 |

REMARKS/EXCEPTIONS

"WE HAVE CHECKED ALL THE ITEMS LISTED AND NUMBERED 1 TO ___ INCLUSIVE AND ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE GOODS TENDERED AND OF THE STATE OF THE GOODS RECEIVED"

**WARNING** ➡ BEFORE SIGNING CHECK SHIPMENT, COUNT ITEMS AND DESCRIBE LOSS OR DAMAGE IN SPACE ON THE RIGHT ABOVE.

TAPE LOT NO.
NOS. FROM
TAPE COLOR
THRU

| AT ORIGIN | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) | DATE 7/12/05 | AT DESTI-NATION | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) | DATE |
| | OWNER OR AUTHORIZED AGENT (SIGNATURE) Janice Camillo | DATE 7/13/05 | | OWNER OR AUTHORIZED AGENT (SIGNATURE) | DATE |

LBIN PRINTING INC., 1250 MOTOR PARKWAY, HAUPPAUGE, NY 11749 (631) 582-8900

FORM # 1190 REV 2/00

**ALL PRO VAN LINES, INC.**

| AGENT | A P |
| --- | --- |

| CARRIER'S REFERENCE NO. |
| --- |

| OWNER'S GRADE OR RATING AND NAME | Janice Camillo |
| --- | --- |

| CONTRACT OR GBL. NO. |
| --- |

| ORIGIN LOADING ADDRESS | 31 Wellington Hill St | CITY Mattapan | STATE M A |
| --- | --- | --- | --- |

| GOVT. SERVICE ORDER NO. |
| --- |

| DESTINATION | Smyrna | G A |
| --- | --- | --- |

| VAN NUMBER |
| --- |

**DESCRIPTIVE SYMBOLS** · **EXCEPTION SYMBOLS** · **LOCATION SYMBOLS**

NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR.

| ITEM NO. | CR. REF. | ARTICLES | CONDITION AT ORIGIN | | EXCEPTIONS (IF ANY) AT DESTINATION | ITEM NO. |
| --- | --- | --- | --- | --- | --- | --- |
| 081 | | Box | P. B. O. U | | | 1 |
| 2 | | | | | | 2 |
| 3 | | | | | | 3 |
| 4 | | | | | | 4 |
| 5 | | | | | | 5 |
| 6 | | | | | | 6 |
| 7 | | | | | | 7 |
| 8 | | | | | | 8 |
| 9 | | | | | | 9 |
| 090 | | Box | P. B. O. U | | | 0 |
| 1 | | | | | | 1 |
| 2 | | | | | | 2 |
| 3 | | | | | | 3 |
| 4 | | Marble Top Dresser | P. B. O. U | 10-12 | 589 SC Ch C 4/16 SC R · Broken 8 1/4 Leg | 5 |
| 5 | | Mirror P. Dresser | 10-12 | 589 SC Sh C | Bl. 1 4 8 | 5 |
| 6 | | Marble Top China Cab | 10-12 | 588 SC B | 4/16 Broken 1 4-8 | 6 |
| 7 | | Head Board | SC d | | | 7 |
| 8 | | Foot Board | SC d | | | 8 |
| 9 | | Wicker Stand | 2 · 1 SC d | | | 9 |
| 100 | | Wicker Stand | 2 x L | | | 0 |
| 1 | | Sand Stool | SC 10 | | | 1 |
| 2 | | Bed Rails | SC | | | 2 |
| 3 | | Metal Sofa fame | SC L | | | 3 |
| 4 | | Metal Rack | SC L | | | 4 |
| 5 | | (M) Metal Rack | SC R | | | 5 |
| 6 | | Night Stand | | | | 6 |
| 7 | | Foot Round | | | | 7 |
| 8 | | Head Board | | | | 8 |
| 9 | | Night Stand + T.V. chest | | | | 9 |
| 10 | | Night Stand | | | | 0 |
| 1 | | Jew Box | | | | 1 |
| 2 | | (PC) Tape | P. B. O. U | | | 2 |
| 3 | | | | | | 3 |
| 4 | | | | | | 4 |
| 5 | | | | | | 5 |
| 6 | | (PC) Jude | P. B. O. U | | | 6 |
| 7 | | Mattress | Shrink | | | 7 |
| 8 | | Box Spring | Shrink | | | 8 |
| 9 | | Box | P. B. O. U | | | 9 |
| 0 | | Box | P. B. O. U | | | 0 |

| ITEM NO. | REMARKS/EXCEPTIONS |
| --- | --- |

"WE HAVE CHECKED ALL THE ITEMS LISTED AND NUMBERED 1 TO _____ INCLUSIVE AND ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE GOODS TENDERED AND OF THE STATE OF THE GOODS RECEIVED"

| TAPE LOT NO. | TAPE COLOR |
| --- | --- |

**WARNING** ➤ BEFORE SIGNING CHECK SHIPMENT, COUNT ITEMS AND IN SCRIBE LOSS OR DAMAGE IN SPACE ON THE RIGHT ABOVE.

| NOS. FROM | THRU |
| --- | --- |

| | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) | DATE | | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) | DATE |
| --- | --- | --- | --- | --- | --- |
| AT ORIGIN | (SIGNATURE) | 7/12/05 | AT DESTI-NATION | (SIGNATURE) | |
| | (SIGNATURE) Janice Camillo | 7/13/05 | | OWNER OR AUTHORIZED AGENT (SIGNATURE) | DATE |

SLBIN PRINTING INC., 1290 MOTOR PARKWAY, HAUPPAUGE, NY 11749 (531) 582-6900

FORM # 1190 REV 2/00

CONTRACTOR OR CARRIER HOUSEHOLD GOODS DESCRIPTIVE INVENTORY

**ALL PRO VAN LINES, INC.**

AGENT: AP

CARRIER'S REFERENCE NO.

OWNER'S GRADE OR RATING AND NAME: Janice Camillo

CONTRACT OR GBL NO.

ORIGIN LOADING ADDRESS: 31 Wellington Hill St    CITY: Dorchester    STATE: MA

GOVT. SERVICE ORDER NO.

DESTINATION: Smyrna   GA

VAN NUMBER

NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR.

| ITEM NO. | CR REF. | ARTICLES | CONDITION AT ORIGIN | EXCEPTIONS (IF ANY) AT DESTINATION | ITEM NO. |
|---|---|---|---|---|---|
| 121 | | wicker basket | 7 | | 1 |
| 2 | | P() tote | PBO.CU | | 2 |
| 3 | | WICKER DESK | 2 SCR | | 3 |
| 4 | | wicker dresser | 2 SCR | | 4 |
| 5 | | Bed Rail | SCR | | 5 |
| 6 | | Twin mattress | ST SO | | 6 |
| 7 | | Twin mattress | ST SO | | 7 |
| 8 | | Twin Box spring | ST SO | | 8 |
| 9 | | Twin Box spring | ST SO | | 9 |
| 130 | | P() Trash can | BF-2 | | 0 |
| 1 | | wicker night stand | 2 SCR | | 1 |
| 2 | | P() tote | PB-O-CU | | 2 |
| 3 | | Box | '' | | 3 |
| 4 | | Tall wicker drawer | 2 SCR PK | | 4 |
| 5 | | Box | PB-O-CU | | 5 |
| 6 | | Fold up metal shelf | SCR | | 6 |
| 7 | | P() tote | PB-O-W | | 7 |
| 8 | | sm china cab | 10.12.7. 581. '' | | 8 |
| 9 | | lrg china cab | 10.12.4. 589. 3c R. BK. 2 | | 9 |
| 140 | | Book Shelf sm | SC R KU BR MCR. | | 0 |
| 1 | | mid size book chest | 10.SC G. 582. | | 1 |
| 2 | | SOFA Table | 10.12.SCR A SCR | | 2 |
| 3 | | wicker love seat | 2. SC R. 15 ST SO | | 3 |
| 4 | | Single wicker chair | '' '' | | 4 |
| 5 | | Single wicker chair | '' '' | | 5 |
| 6 | | COFFEE Table | 10.12. 6 | | 6 |
| 7 | | TV stand | SCR N/O | | 7 |
| 8 | | Book Shelf | 589.12.10.18. SS R BK | | 8 |
| 9 | | Book Shelf | 589.12 10.18 SC R BK N/O | | 9 |
| 150 | | Box | PB-O-CU | | 0 |
| 1 | | 27" JVC TV | M.CU. | | 1 |
| 2 | | SOFA TABLE | 10.12. 6. SC R. G N/O | | 2 |
| 3 | | mattres | ST SO | | 3 |
| 4 | | Mattres | ST SO | | 4 |
| 5 | | Box spring | S + SO | | 5 |
| 6 | | Box spring | S + SO | | 6 |
| 7 | | Bottom pt drawer | 10.12-589 | | 7 |
| 8 | | Top part drawer | 589.12.589. | | 8 |
| 9 | | OS chair | S + SO N/O | | 9 |
| 160 | | P() tote | P. B-O-W | | 0 |

ITEM NO.    REMARKS/EXCEPTIONS

"WE HAVE CHECKED ALL THE ITEMS LISTED AND NUMBERED 1 TO ____ INCLUSIVE AND ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE GOODS TENDERED AND OF THE STATE OF THE GOODS RECEIVED"

TAPE LOT NO.
TAPE COLOR

**WARNING** ➡ BEFORE SIGNING CHECK SHIPMENT, COUNT ITEMS AND DESCRIBE LOSS OR DAMAGE IN SPACE ON THE RIGHT ABOVE

NOS. FROM ____ THRU ____

| | CONTRACTOR/CARRIER OR AUTHORIZED AGENT (DRIVER) | DATE | | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) | DATE |
|---|---|---|---|---|---|
| AT ORIGIN | (SIGNATURE) | 7/12/05 | AT DESTINATION | (SIGNATURE) | |
| | OWNER OR AUTHORIZED AGENT (SIGNATURE) Janice Camillo | 7/13/05 | | OWNER OR AUTHORIZED AGENT (SIGNATURE) | DATE |

MILBIN PRINTING INC. 1290 MOTOR PARKWAY, HAUPPAUGE, NY 11749 (631) 582-8900

FORM # 1190 REV 2/00

**ALL PRO VAN LINES, INC.**

AGENT: AP

| | |
|---|---|
| CARRIER'S REFERENCE NO. | |
| CONTRACT OR GBL NO. | |
| GOVT. SERVICE ORDER NO. | |
| VAN NUMBER | |

OWNER'S GRADE OR RATING AND NAME: Janice Camillo

ORIGIN LOADING ADDRESS: 31 Wellington Hill St  City: Mattapan  State: MA

DESTINATION: Smyrna  GA

**DESCRIPTIVE SYMBOLS**
B/W - BLACK & WHITE TV
C - COLOR TV
CP - CARRIER PACKED
PBO - PACKED BY OWNER
CO - CARRIER DISASSEMBLED
DW - STRETCH / WRAPPED
PBO - DISASSEMBLED BY OWNER
PB - PROFESSIONAL BOOKS
PE - PROFESSIONAL EQUIPMENT
PP - PROFESSIONAL PAPERS
MCU - MECHANICAL CONDITION UNKNOWN

**EXCEPTION SYMBOLS**
BE - BENT
BR - BROKEN
BU - BURNED
CH - CHIPPED
CU - CONTENTS
S CONDITION UNKNOWN
D - DENTED
F - FADED
G - GOUGED
L - LOOSE
M - MARRED
MI - MILDEW
MO - MOTHEATEN
P - PEELING
R - RUBBED
RU - RUSTED
SC - SCRATCHED
SH - SHORT
SO - SOILED
ST - STAINED
SW - STITCHED
T - TORN
W - BADLY WORN
Z - CRACKED

**LOCATION SYMBOLS**
1. ARM
2. BOTTOM
3. CORNER
4. FRONT
5. LEFT
6. LEGS
7. REAR
8. RIGHT
9. SIDE
10. TOP
11. VENEER
12. EDGE
13. CENTER
14. INSIDE
15. SEAT
16. DRAWER
17. DOOR
18. SHELF
19. HARDWARE

NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR.

| ITEM NO. | CR. REF. | ARTICLES | CONDITION AT ORIGIN | | EXCEPTIONS (IF ANY) AT DESTINATION | ITEM NO. |
|---|---|---|---|---|---|---|
| 1 | | Right Hand | 16. A. 12. C 87 | | | 1 |
| 2 | | Box | P.B.O.C. | | | 2 |
| 3 | | mich. Box | 25 C R | | | 3 |
| 4 | | China cas. | S x A/w 416. 583. 1210 | | | 4 |
| 5 | | Box | P.B.O.C. | | | 5 |
| 6 | | Box | P.B.O.C. | | | 6 |
| 7 | | | | | | 7 |
| 8 | | | | | | 8 |
| 9 | | | | | | 9 |
| 10 | | | | | | 10 |
| 1 | | | | | | 1 |
| 2 | | | | | | 2 |
| 3 | | | | | | 3 |
| 4 | | | | | | 4 |
| 5 | | | | | | 5 |
| 6 | | | | | | 6 |
| 7 | | | | | | 7 |
| 8 | | | | | | 8 |
| 9 | | | | | | 9 |
| 20 | | Box | P.B.O.CU | | | 0 |
| 1 | | China cab. part | SC R 101.76 | | | 1 |
| 2 | | | | | | 2 |
| 3 | | Box | D.B.O.CU | | | 3 |
| 4 | | China cab. | 4.16.12.10 | | | 4 |
| 5 | | Bakers Rck | SC R | Back Glass Broken | | 5 |
| 6 | | R() tote | P.B.O.C. | | | 6 |
| 7 | | R() tote | " | | | 7 |
| 8 | | Corner Table | SC R 101.12 | | | 8 |
| 9 | | " | " | | | 9 |
| 40 | | Frame Rck. | SC R M/U | | | 0 |
| 1 | | Table same | 10. 12. 4. C. | | | 1 |
| 2 | | " | " | | | 2 |
| 3 | | Table | 10.12. 4. 583. C 4 | | | 3 |
| 4 | | Wicker Basket | 2 | | | 4 |
| 5 | | Box | P.C.O.CU. | | | 5 |
| 6 | | R() tote | | | | 6 |
| 7 | | | | | | 7 |
| 8 | | | | | | 8 |
| 9 | | | | | | 9 |
| 20 | | R() tote | P.B.O.CU | | | 0 |

ITEM NO. | REMARKS/EXCEPTIONS

| TAPE LOT NO. | TAPE COLOR |
|---|---|
| NOS. FROM | THRU |

"WE HAVE CHECKED ALL THE ITEMS LISTED AND NUMBERED 1 TO ___ INCLUSIVE AND ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE GOODS TENDERED AND OF THE STATE OF THE GOODS RECEIVED"

**WARNING** ➡ BEFORE SIGNING CHECK SHIPMENT, COUNT ITEMS AND DESCRIBE LOSS OR DAMAGE IN SPACE ON THE RIGHT ABOVE.

AT ORIGIN:
CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE)  DATE 7/12/05
OWNER OR AUTHORIZED AGENT (SIGNATURE)  DATE 7/13/05

AT DESTINATION:
CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE)  DATE
OWNER OR AUTHORIZED AGENT (SIGNATURE)  DATE

MILBIN PRINTING INC., 1290 MOTOR PARKWAY, HAUPPAUGE, NY 11749 (631) 582-8400

FORM # 1190 REV 2/00

Aug-16-05  03:55pm    From-LOONEY GROSSMAN L

08/16/2005  01:08  FAX  508/210101

+6177371053

T-058    P.15/15    F-512

Light weight
16,100

'-13-2005,
1:58AM

FLYNN'S TRUCK STOP
SHREWSBURY, MA 01545
CERTIFIED SCALE

Heavy weight –
1st truck

INBOUND    28360 lb

5

10140 lb STEERING
18220 lb DRIVE

LOOP ID AP

ALL PRO 9

FIRST WEIGH $8.00    REWEIGH $1.00

GINAL

Heavy weight 24,220

NOT VALID UNLESS IMPRINTED

WEIGH SLIP

Gross

Tare

Net

Date                                    Truck No.

Consignee

Weighed on the Scales
at

Weigher

Providence & Worcester Railroad Co.
382 Southbridge St.
Worcester, Mass. 01610
(508) 755-4000 Ext. 410