UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JANICE CAMILLO, ) | |
| ) | |
| Plaintiff, ) | DOCKET NO.: 05-11721-MLW |
| ) | |
| -v- ) | |
| ) | |
| ALL PRO MOVING & STORAGE, INC., ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATION UNDER LOCAL RULE 7.1**

The undersigned counsel certifies that he has conferred with counsel for defendant and has attempted in good faith to resolve or narrow the issues presented by the within motions. Attorneys for the parties have been unable to resolve the issues presented by the motions.

JANICE CAMILLO, Plaintiff,
By her Attorneys,

**LAW OFFICES OF JOHN H. MOLLOY**

_____
John H. Molloy        BBO #600778
Sean F. Donahue    BBO #558058
379 Salem Street
Medford, Massachusetts 02155
(781) 395-3569