UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANICE CAMILLO,<br><br>Plaintiff,<br><br>-v-<br><br>ALL PRO MOVING & STORAGE, INC.,<br><br>Defendant. | DOCKET NO.: 05-11721-MLW |

**CERTIFICATE OF SERVICE**

    I, Sean F. Donahue, Esquire, counsel for the within-named plaintiff, certify that I have this 14th day of September 2005 served a copy of the following documents upon defendant by causing same to be hand delivered to its counsel-of-record:

Wesley S. Chused, Esquire
Looney & Grossman, LLP
101 Arch Street
Boston, Massachusetts 02110-1112

(1) Verified Complaint for Preliminary Injunction;
(2) Plaintiff's Memorandum in Support of Application for Preliminary Injunction and Related Relief;
(3) Plaintiff's Exhibits;
(4) Plaintiff's Motion for Short Order of Notice;
(5) Plaintiff's Emergency Motion for Order Compelling Defendant to Reveal Location of Furnishings and Allow Inspection;
(6) Plaintiff's Emergency Motion for Order Compelling Defendant to Deliver Furnishings to Atlanta or, Alternatively, to Permit Plaintiff To Arrange Alternative Transport;
(7) Certification Under Local Rule 7.1; and

(8)   Certificate of Service.

        JANICE CAMILLO, Plaintiff,
        By her Attorneys,

        **LAW OFFICES OF JOHN H. MOLLOY**

        _/s/ John H. Molloy_
        John H. Molloy    BBO #600778
        Sean F. Donahue    BBO #558058
        379 Salem Street
        Medford, Massachusetts 02155
        (781) 395-3569