UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| _____ ) | | |
| JANICE CAMILLO, ) | | |
| ) | | |
| *Plaintiff,* ) | | |
| ) | | |
| v. ) | | |
| ) | CIVIL ACTION |
| ALL PRO MOVING & STORAGE, INC., ) | NO. 05-11721-MLW |
| ) | | |
| *Defendant.* ) | | |
| _____ ) | | |

**AFFIDAVIT OF ELIJAH BOWLES ON BEHALF OF
DEFENDANT IN OPPOSITION TO PLAINTIFF'S MOTIONS
FOR PRELIMINARY INJUNCTIVE RELIEF**

Commonwealth of Massachusetts }
County of Suffolk                          }   ss.

Elijah Bowles, upon oath, deposes and states as follows:

1.      My name is Elijah Bowles, and I am President of All Pro Van Lines, Inc. (hereafter,

"All Pro") (misnamed as "All Pro Moving & Storage, Inc."), the defendant in this lawsuit.  My

business address is 47 Rockland Road, Auburn, Massachusetts.   I have read the Verified Complaint

of the plaintiff, Janice Camillo, in this case, and I make this affidavit in opposition to her motions

seeking that the Court order All Pro to permit her to inspect her shipment of household goods or that

All Pro be ordered to deliver her shipment without being paid.  The statements made in this affidavit

are true of my own personal knowledge and based upon the books and records maintained by All

Pro in the ordinary course of its business.

L:\12771\014\Pld\04

2.      All Pro conducts business as an interstate motor carrier of household goods pursuant

to operating rights granted by the Federal Motor Carrier Safety Administration ("FMCSA"), and All

Pro's operations are subject to the FMCSA's rules and regulations.

3.      On or about July 5, 2005 All Pro was called by Ms. Camillo to give her an

estimate to transport her household goods shipment from her home in Mattapan, Massachusetts to

Smyrna, Georgia.

4.      On July 5, 2005 All Pro gave Ms. Camillo an Estimated Cost of Services, **Exhibit 1**

hereto for the proposed move.  This is a non-binding estimate in the sum of $7,249.11, based on an

estimated shipment weight of 14, 321 pounds, as shown on the last page of Exhibit 1.

5.      All Pro's estimate states as follows:

> IMPORTANT NOTICE:  This estimate covers only the articles and services listed.
> It is not a guarantee that the actual charges will not exceed the amount of the
> estimate.  Common carriers are required by law to collect transportation and other
> incidental charges computed on the basis of rates shown in their lawfully published
> tariffs, regardless of prior rate quotations or estimates made by the carrier or its
> agents.  Exact charges for loading, transporting, and unloading are based on the
> weight of the goods transported, and such charges may not be determined prior to
> the time the goods are loaded in the van and weighed.  Charges for additional
> services will be added to the transportation charges.

6.      Ms. Camillo agreed to have All Pro do her move based on this estimate, and on July

8, 2005, All Pro sent its truck and workers to Ms. Camillo's house to make the pickup.  I was with

them. However, when we arrived at her house, she showed me far more household goods to be

loaded and moved than the 14,321 pounds she originally showed All Pro at the time of its July 5

estimate.

7.      I believe that other members of Ms. Camillo's family or friends brought additional

household goods to Ms. Camillo's home for transportation after the July 5, 2005 estimate, and this

is confirmed by the fact that All Pro later received calls from people other than Ms. Camillo who were looking for delivery of their household goods.

8.      At that point (July 8, 2005), I told Ms. Camillo that the original weight estimate of 14,321 pounds was no longer effective, that I estimated her shipment to weigh closer to 18,000 pounds, and that she would therefore have to pay transportation charges based on the actual, higher weight.

9.      An argument then ensued between Ms. Camillo and me over the weight of the shipment and All Pro's charges.  As a result, we left her house and I told her that All Pro would not do the move.

10.      After we left Ms. Camillo's house on July 8, I then received a call that afternoon from someone in the Attorney General's office who asked me about the discrepancy between the weight on the estimate and the weight as I estimated it to be on July 8.  After negotiating with Ms. Camillo through the Attorney General's representative, on the next day, July 9, 2005, Ms. Camillo called me, said she would agree to pay for the actual weight of the goods shipped after all, and asked All Pro to send its truck back to make the pickup.  We did so, on July 9, 2005, but before the truck arrived at her house in Mattapan, Ms. Camillo called us to cancel the move.

11.      In an effort to accommodate Ms. Camillo over the weight/price concern, All Pro proposed a compromise charge of $9,451.31 for the move.  This figure was about 50% of the difference between the original estimate and what I then estimated the actual charges would turn out to be.  She agreed to this, and a pickup date of July 12, 2005 was finally set.

12.      On July 12, 2005, All Pro sent a truck to make the pickup, but since there were so much household goods to move, All Pro needed a second truck to complete the pickup on July 13, 2005.

13.     Attached hereto as **Exhibit 2** is a copy of All Pro's Order For Service, signed by Ms. Camillo on July 12, 2005, with the attached bill of lading, for the first portion of her shipment picked up on that date.

14.     Attached hereto as **Exhibit 3** is a copy of All Pro's Order For Service, signed by Ms. Camillo on July 13, 2005, with the attached bill of lading, for the second portion of her shipment picked up on that date.

15.     In addition to the above-quoted language on the estimate, both Orders for Service state, in bold block letters just below Ms. Camillo's signature:  **"SHIPPER AGREES TO PAY ACTUAL WEIGHT."**

16.     All Pro then weighed both trucks to determine the actual total weight of Ms. Camillo's household goods shipment.  Both trucks are identical 2004 Freightliner Model M2 straight trucks, diesel powered, and they each weigh 16,100 pounds empty.  The loaded weight of the first truck was 28,360 pounds.  By subtracting the empty weight (16,100 pounds) of the truck, it results in a net weight for the first portion of Ms. Camillo's shipment of **12,260 pounds.** The loaded weight of the second truck was 24,220 pounds, which resulted in a net weight of the second portion of her shipment of **8,220 pounds.**  Copies of both "loaded" weight slips are attached hereto as **Exhibit 4**.  Although the weight slip for the second truck (Providence & Worcester Railroad Co. "weigh slip") is barely legible on the enclosed copy, the original shows a loaded weight of 24,220 pounds.  Thus, the total actual weight of Ms. Camillo's household goods shipment was **20,480 pounds**, considerably higher than the 14,321 pounds originally estimated, based on the goods she originally showed us.

17.     Attached hereto as **Exhibit 5** is a copy of the six-page Household Goods Descriptive Inventory signed by Ms. Camillo on July 13, 2005 for her shipment.

18.     Once they were loaded, the trucks left for Georgia, but while in route, the one carrying the second portion of the shipment broke down and had to be brought back to Massachusetts for repairs.  The first truck continued to Georgia and All Pro placed that shipment in storage to await the arrival of the second (repaired) truck to make delivery.

19.      After the second truck was repaired it went down to Georgia, and on July 25, 2005, All Pro offered to deliver the shipment to Ms. Camillo at her new home in Smyrna.  At that point, Ms. Camillo demanded a re-weigh of her shipment, which All Pro agreed to.

20.     All Pro then sent the first full truck to the weight scale in Georgia where Ms. Camillo met the truck and it was weighed.

21.     Ms. Camillo took the weight ticket (I did not get a copy), and All Pro's truck then followed her to her house in Smyrna, Georgia intending to deliver the first portion of the shipment. Upon arrival at Ms. Camillo's house, All Pro tendered the delivery of the shipment upon payment of the charges, but Ms. Camillo then told us that she refused to pay anything without first inspecting her goods and that she would not pay All Pro any more than the original $7,249.11 estimated charge.  Moreover, Ms. Camillo said she wanted to pay All Pro with a personal check, but I reminded her that I originally told her that All Pro would not accept anything other than a certified or bank check on delivery, which she had initially agreed to.

22.     I then told Ms. Camillo that since the actual weight and charges exceeded the charges in the original non-binding estimate, All Pro (as required by FMCSA regulations) nonetheless would deliver her shipment upon her payment of 110% of the original non-binding estimate, or $7,974.02.  She again refused to pay anything, insisting that she first inspect her goods. I told her she had to first pay the $7,974.02 (110%), but she again refused.

23.    At that point, All Pro put Ms. Camillo's shipment into storage in Atlanta, Georgia, where it remains today, subject to All Pro's carrier's lien for payment of its charges, as provided in the bill of lading, SECTIONS 3 and 5.

24.    The rules and regulations of the FMCSA on this subject, **Exhibit 6** hereto, provide as follows:

### § 375.217 How must I collect charges upon delivery?

* * *

 (e)  If an individual shipper pays you at least 110 percent of the approximate costs of a non-binding estimate on a collect-on-delivery shipment, you must relinquish possession of the shipment at the time of delivery.

### § 375.407 Under what circumstances must I relinquish possession of a collect-on-delivery shipment transported under a non-binding estimate?

(a)  If an individual shipper pays you at least 110 percent of the approximate costs of a non-binding estimate on a collect-on-delivery shipment you must relinquish possession of the shipment at the time of delivery.  You must accept the form of payment agreed to at the time of estimate, unless the shipper agrees in writing to a change in the form of payment.

(b)  Failure to relinquish possession of a shipment upon an individual shipper's offer to pay 110 percent of the estimate charges constitutes a failure to transport the shipment with "reasonable dispatch" and subjects you to cargo delay claims pursuant to part 370 of this chapter.

(c)  You must defer billing for the payment of the balance of any remaining charges for a period of 30 days following the date of delivery.  After this 30-day period, you may demand payment of the balance of any remaining charges, as explained in §375.405.

25.    All Pro's original non-binding estimate ($7,249.11) was calculated on the basis of an original weight estimate of 14,321 pounds as follows:  All Pro's tariff for household goods shipments, STB HGB 400-N, is published through its agent, The Household Goods Carriers' Bureau.  The line-haul charge on a shipment weighing between 14,000 and 14,499 pounds moving

from 1,001 to 1,100 miles is $13,965.  See **Exhibit 7** hereto from All Pro's tariff.   The actual

mileage from Boston, Massachusetts to Smyrna, Georgia is 1,051 miles.  All Pro then applied a

55% discount, thereby bringing the line-haul charge for Ms. Camillo's shipment down to $6,284.25

as shown on the first line in Exhibit 1.  Discounts of this magnitude are common in the moving

industry.

26.     The next line item in the estimate consists of origin and destination charges totaling

$328.90.  This is based on Item 170 of All Pro's tariff, **Exhibit 8** hereto, at the rate of $1.40 per cwt

(per hundred pounds).  The origin (Boston) fee is a rate of $1.40 per cwt ($1.40 x 143) for a total of

$220, and the destination fee for Atlanta, Georgia is $0.90 per cwt, resulting in an additional

$128.70 ($0.90 x 143), for a grand total of $328.90 in origin and destination fees as shown in the

second line of the estimate.

27.     The next line item in the estimate is a fuel surcharge of 5% of the line haul charge,

or $314.21.  The "extra labor, special services" charge of $321.75 is for "stairs" which was

calculated on the basis of $2.25 per cwt ($2.25 x 143) as shown in **Exhibit 9** hereto from All Pro's

tariff.

28.     In addition, beyond the 110% figure referenced above, Ms. Camillo will still owe All

Pro for the difference between $7,974.02 (110%), if she pays it, and the charges due All Pro based

upon the actual shipment weight of 20,480 pounds, plus storage charges since July 25, 2005 when

she refused All Pro's tender of delivery, plus redelivery charges in accordance with All Pro's tariff.

29.     All Pro has been and continues to stand ready, willing and able to deliver Ms.

Camillo's shipment to her if she pays 110% of the original estimate, or $7,974.02, in accordance

with the 110% rule.

30.     To date, Ms. Camillo has paid All Pro nothing, and All Pro has a carrier's lien on her

shipment to secure payment pursuant to the terms of the bill of lading as described above.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on
September 20, 2005.

      /S/ Elijah Bowles_____
Elijah Bowles

EXHIBIT 1

# EXHIBIT 2

MILBIN PRINTING INC. 1290 MOTOR PARKWAY, HAUPPAUGE, NY 11749 (631) 582-8900

MC323997

# ORDER FOR SERVICE
## ALL PRO VAN LINES, INC.
2161 SW 59TH AVE
WEST HOLLYWOOD, FL 33023
(954) 983-2080    FAX (954) 983-8235

**IN CASE OF NEED: CONTACT TRAFFIC CONTROL MGR. AT ABOVE ADDRESS OR TELEPHONE NUMBER**

SHIPPER _Janice Camille_    CONSIGNED TO

ADDRESS _31 Wellington Hill St_    ADDRESS

FLOOR ___ ELEV. ___ TEL: _617-417-0678_    FLOOR ___ ELEV. ___ TEL: _617-384-8971_

CITY _Mattapan_ STATE _MA_    CITY _Smyrna_ STATE _GA_

CARRIER'S DELIVERING AGENT OR INTERLINING CARRIER (IF ANY)

NAME    ADDRESS    CITY    STATE    PHONE

LOCATION OF CERTIFIED SCALE TO BE USED IN WEIGHING SHIPMENT AT ORIGIN

| PACKING DATE REQUESTED (if applicable) | AGREED PICKUP DATE or period of time (if applicable) | GUARANTEED PICKUP DATE (if applicable) | AGREED DELIVERY DATE or period of time (if applicable) | GUARANTEED DELIVERY DATE (if applicable) | GUARANTEED SERVICE DATES (if applicable) |
|---|---|---|---|---|---|
| | 7/12 | | OPEN | Daily Allowance | |

| SHIPPER'S CONTACT EN ROUTE | | SERVICES | CHARGES |
|---|---|---|---|
| NAME | | Transportation FROM ZIP ___ TO ZIP ___ | |
| ADDRESS | | Origin/Destination Fee | |
| CITY ___ STATE ___ PHONE ___ | | Fuel Surcharge (when applicable) | |
| **SHIPPER'S CONTACT AT DESTINATION** | | Insurance Surcharge (when applicable) | |
| NAME | | Valuation | |
| ADDRESS | | Containers, Packing & Unpacking | |
| CITY ___ STATE ___ PHONE ___ | | Storage-In-Transit at ZIP Location ___ | |
| SHIPPER DOES NOT ___ DOES ___ REQUEST NOTIFICATION CHARGES PRIOR TO DELIVERY AT: | | Date In ___ Date Out ___ | |
| NAME | | SIT Pickup and Delivery | |
| ADDRESS | | Extra Pickups or Deliveries No.___ at ZIP(s)___ | |
| CITY ___ STATE ___ PHONE ___ | | Extra Labor, Special Services or Waiting Time | |
| Shipment subject to unavailability | | Bulky Articles | |
| | | Additional Weight Additives | |
| **BINDING ESTIMATE CHARGES** ✓ YES ___ NO | | Advanced Charges | |
| Transportation ___ Dest. Services ___ | | Shuttle Service | |
| Origin Service ___ Valuation Chg. ___ | | Self-Storage/Mini-Warehouse Pickups or Deliveries | |
| Total Charges ___ | | Overtime Pickups or Deliveries | |

Total Charges above cover only the articles and services indicated on binding estimate accompanying this order for service, signed by representative of both the carrier and shipper. Total charges are guaranteed for _____ days from date of signing.

Non-Binding Estimated Charges _____

110% Collection Option (COD) _____

### BALANCE DUE 30 DAYS AFTER DELIVERY

Payment in Cash, or Certified Check, Traveler's Check or Bank Cashier's Check

Payable To _____

BILLING INFORMATION    Type of Shipment ☐ Chg. ☐ P.P.D. ☐ C.O.D.

NAME _____

ADDRESS _____

CITY ___ STATE ___

ATTENTION OF: _____

THE SHIPPER (OR HIS REPRESENTATIVE) BY HIS SIGNATURE HEREBY ORDERS THE SERVICES OUTLINED HEREIN TO BE PERFORMED ON HIS BEHALF; AND FURTHER ACKNOWLEDGES THAT ALL ARRANGEMENTS REGARDING CONTACT WHILE EN ROUTE AND/OR AT DESTINATION, METHOD OF PAYMENT, AND NOTIFICATION OF CHARGES ARE AS DESIGNATED BY:

DATE _7/12/05_    X _Janice Camille_
       SHIPPER OR HIS REPRESENTATIVE

THE CARRIER, BY SIGNATURE OF ITS REPRESENTATIVE, HEREBY ACCEPTS THIS ORDER FOR SERVICES AND AGREES TO PERFORM THE SERVICES OUTLINED HEREIN AND TO COMPLY WITH SUCH OTHER ARRANGEMENTS AS SPECIFIED.

DATE _____    CARRIER'S REPRESENTATIVE _____

**ADDITIONAL INFORMATION:**
## SHIPPER AGREES TO PAY
### ACTUAL WEIGHT

| SERVICES | CHARGES |
|---|---|
| Other Additional Services | |

### CUSTOMER'S DECLARATION of VALUE
**THIS IS A TARIFF LEVEL OF CARRIER LIABILITY - IT IS NOT INSURANCE**

You must select, in your own handwriting, one of the following two options for your shipment. The option you select establishes your mover's maximum liability for your goods, subject to the rules contained in your mover's tariff.

**OPTION 1: Full (Replacement) Value Protection.** If any article is lost, destroyed or damaged while in your mover's custody, your mover will either 1) repair the article to the extent necessary to restore it to the same condition as when it was received by your mover, or pay you the cost of such repairs; or 2) replace the article with an article of like kind and quality, or pay you the cost of such a replacement. An additional charge applies for this option.

To select Option 1, you must write, on the line below, either a lump sum dollar amount for the value of your shipment that may not be less than $5000, or an amount per pound that may not be less than $4.00 (_____) per pound, whichever is greater.

The value of my shipment is: _$4,500.00_

No Deductible (_____) initial $250 Deductible (_____) initial $500 Deductible (_____) initial

**OPTION 2 Released Value of 60 Cents Per Pound Per Article.** If any article is lost, destroyed or damaged while in your mover's custody, your mover's liability is limited to the actual weight of the lost, destroyed or damaged article multiplied by 60 cents per pound per article. This is the basic liability level and is provided at no charge. It is considerably less than the average value of household goods.

To select Option 2, you must write, on the line below, the words "60 cents per pound".
_0.60¢_

Your signature is required here; I acknowledge that I have 1) declared a value for my shipment and selected a deductible amount, if appropriate, and 2) received and read a copy of the mover's brochure explaining these provisions and the applicable charges.

Customer's Signature _Janice Camille_   Date _7/12/05_

I acknowledge that I have prepared and retained a copy of the "Inventory of Items Valued in Excess of $100 Per Pound Per Article" that are included in my shipment and I have given a copy of this inventory to the mover's agent.

NO: MC323997

UNIFORM HOUSEHOLD GOODS BILL OF LADING AND FREIGHT BILL
**ALL PRO VAN LINES, INC.**
2161 SW 59TH AVE
WEST HOLLYWOOD, FL 33023
(954) 983-2080    FAX (954) 983-8235

**IN CASE OF NEED, CONTACT TRAFFIC CONTROL MGR. AT ABOVE ADDRESS OR TELEPHONE NUMBER**

SHIPPER: Jamie Cumilo

ADDRESS: 3. Wilmington Ave St

CITY: Las Angeles    STATE: GA

ACTUAL PICKUP DATE: 7/12

**NOTIFICATION OF CHARGES**

SHIPPER REQUESTS NOTIFICATION OF ACTUAL CHARGES TO PARTY SHOWN BELOW

Est: 400 M

| SERVICES | CHARGES |
|---|---|
| Transportation FROM ZIP        TO ZIP | 9167.30 |
| Origin/Destination Fee | 47.04 |
| Fuel Surcharge (when applicable) | 733.40 |
| Insurance Surcharge (when applicable) | |
| Valuation | |
| Containers, Packing & Unpacking | |
| Storage-in-Transit at ZIP Location | |
| SIT Pickup and Delivery | |
| Extra Pickups or Delivery No         at ZIP(s) | |
| Extra Labor, Special Services or Waiting Time | |
| Bulky Articles | |
| Additional Weight Additives | |
| Advanced Charges | |
| Shuttle Service | |
| Self-Storage/Mini-Warehouse Pickups or Deliveries | |
| Overtime Pickups or Deliveries | |
| Other Additional Services      Flight 2 origin | 400.90 |

**SPECIAL SERVICES**

**FULL AND CUSTOM CONTAINER SERVICE**

| CUSTOM SERVICE CARTON DESCRIPTION | CONTAINERS & PACKING QUANTITY | UNPACKING QUANTITY |
|---|---|---|
| DISH PACKS | | |
| CARTONS       Less Than 3 cu. | | |
| CARTONS       3 cu. | | |
| CARTONS       4.5 | | |
| CARTONS       6 | | |
| CARTONS       6.5 | | |
| WARDROBE CTN. | | |
| CRIB MATTRESS CTN. | | |
| MATTRESS CTN. TWIN/TWIN LONG | | |
| MATTRESS CTN. DOUBLE (NOT EXCEEDING 54" X 75") | | |
| MATTRESS CTN. KING-QU (EXCEEDING 54" X 75") | | |
| HEAVY DUTY | | |
| OTHER | | |
| OTHER | | |
| TOTAL CONTAINERS & PACKING $ | | TOTAL UNPACKING $ |

**CUSTOMER'S DECLARATION OF VALUE**

**BALANCE DUE** ▶

9,451.37
10,532.7

## CONTRACT TERMS AND CONDITIONS

Except when transportation is performed under the provisions of Item 1 (b) of tariff, the following Contract Terms and Conditions apply to all transportation performed by carrier in addition to all other rules, regulations, rates, and charges in this and other applicable tariffs, which are available for inspection at location(s) specified by the carrier.

This contract is subject to all the rules, regulations, rates and charges in carrier's currently effective applicable tariffs including, but not limited to, the following terms and conditions:

SECTION 1: The carrier or party in possession shall be liable for physical loss of or damage to any articles from external cause while being carried or held storage-in-transit EXCEPT loss, damage or delay caused by or resulting:

   (a)  From an act, omission or order of shipper;

   (b)  From defect or inherent vice of the article, including susceptibility to damage because of atmospheric conditions such as temperature and humidity changes therein;

   (c)  From (1) hostile or warlike action in time of peace or war, including action in hindering, combating or defending against an actual, impending or expected attack (A) by any government or sovereign power, or by any authority maintaining or using military, naval or air forces; or (B) by military, naval or air forces; or (C) by an agent of any such government, power, authority or forces; (2) any weapon of war employing atomic fission or radioactive force whether in time of peace or war; (3) insurrection, rebellion, revolution, civil war, usurped power, or action taken by governmental authority in hindering, combating, or defending against such an occurrence; (4) seizure or destruction under quarantine or customs regulations; (5) confiscation by order of any government or public authority; or (6) risks of contraband or illegal transportation or trade;

   (d)  From delay caused by strikes, lockouts, labor disturbances, riots, civil commotions, or the acts of any person or persons taking part in any such occurrence or disorder, and from loss or damage when carrier, after notice to shipper or consignee of a potential risk of loss or damage to the shipment from such causes, is instructed by the shipper to proceed with such transportation and/or delivery, notwithstanding such risk.

   (e)  From Acts of God.

SUBJECT, in addition to the foregoing, to the further following limitations on the carrier's or the party's in possession liability:

The carrier's or the party's in possession maximum liability shall be either:

   (1)  The lump sum value declared by shipper, which may not be less than $5,000 or $4.00 per pound multiplied by the actual weight of the shipment, pounds, whichever is greater.

   (2)  The actual loss or damage not exceeding sixty (60) cents per pound of the weight of any lost or damaged article when the shipper has released the shipment to carrier, in writing, with liability limited to sixty (60) cents per pound per article, or

   (3)  The actual (depreciated) value of the lost or damaged articles if carrier fails to obtain a shipper's valuation declaration and signature on the Customer Declaration of Value notice on the face of this document.

SECTION 2: The carrier shall not be liable for delay caused by highway obstruction, or faulty or impassable highways, or lack of capacity of any highway, bridge or ferry, or caused by breakdown or mechanical defect of vehicles or equipment, or from any cause other than negligence of the carrier, nor shall the carrier be bound to transport by any particular schedule, means, vehicle or otherwise than with reasonable dispatch. Every carrier shall have the right in case physical necessity to forward said property by any carrier or route between the point of shipment and the point of destination.

SECTION 3:

   (a)  The shipper, upon tender of the shipment to carrier, and the consignee, upon acceptance of delivery of shipment from carrier, shall be liable, jointly and severally, for all unpaid charges payable on account of a shipment in accordance with applicable tariffs including, but not limited to, sums advanced or disbursed by a carrier on account of such shipment. The extension of credit to either shipper or consignee for such unpaid charges shall not thereby discharge the obligation of the other party to pay such charges in the event the party to whom credit has been extended shall fail to pay such charges.

   (b)  The shipper shall indemnify carrier against loss or damage caused by inclusion in the shipment of explosives or dangerous articles or goods.

SECTION 4: If for any reason other than the fault of carrier, delivery cannot be made at address shown on the face hereof, or at any changed address of which carrier has been notified, carrier, at its option, may cause articles contained in shipment to be stored in a warehouse selected by it at the point of delivery or other available points, at the cost of the owner, and subject to a lien for all accrued tariff charges.

SECTION 5: If shipment is refused by consignee at destination, or if shipper, consignee or owner of property fails to receive or claim it within fifteen (15) days after written notice by United States mail addressed to shipper and consignee at post office addresses shown on face hereof, or if shipper fails or refuses to pay applicable charges in accordance with carrier's applicable tariff, carrier may sell the property at its option, either (a) upon notice in the manner authorized by law, or (b) at public auction to highest bidder for cash at a public sale to be held at a time and place named by carrier, thirty (30) days notice of which sale shall have been given in writing to shipper and consignee, and there shall have been published at least once a week for two consecutive weeks in a newspaper of general circulation at or near the place of sale, a notice thereof containing a description of the property as described in the bill of lading, and the names of the consignor and consignee. The proceeds of any sale shall be applied toward payment of tariff charges applicable to shipment and toward expenses of notice, advertising and sale, and of storing, caring for and maintaining property prior to sale, and the balance if any shall be paid to owner of property: PROVIDED that in perishable articles contained in said shipment may be sold at public or private sale without such notices, if, in the opinion of carrier, such action is necessary to prevent deterioration or further deterioration.

SECTION 6: As a condition precedent to recovery, a claim for any loss or damage, injury or delay, must be filed in writing with carrier within nine (9) months after delivery to consignee as shown on face hereof, or in case of failure to make delivery, then within nine (9) months after a reasonable time for delivery has elapsed; and suit must be instituted against carrier within two (2) years and one (1) day from the date when notice in writing is given by carrier to the claimant that carrier has disallowed the claim or any part or parts thereof specified in the notice. Where a claim is not filed or suit is not instituted thereon in accordance with the foregoing provisions, carrier shall not be liable and such a claim will not be paid.

DS-2130, Rev 4/02

# EXHIBIT 3

WILBIN PRINTING INC. 290 MOTOR PARKWAY, HAUPPAUGE, NY 11749 (631) 582-8900

MC323997

**ORDER FOR SERVICE**

**ALL PRO VAN LINES, INC.**

2161 SW 59TH AVE

WEST HOLLYWOOD, FL 33023

(954) 983-2080    FAX (954) 983-8235

2nd PICK UP

**IN CASE OF NEED: CONTACT TRAFFIC CONTROL MGR. AT ABOVE ADDRESS OR TELEPHONE NUMBER**

| SHIPPER | Jessica Camillo | CONSIGNED TO | Same |
|---|---|---|---|
| ADDRESS | 31 Washington Mill Rd | ADDRESS | Self Dining 3rd | TEL: 617-304-8471 |
| FLOOR | ELEV. | TEL (617) 771-1618 | FLOOR | ELEV. | STATE | CA |
| CITY | Newburyport | STATE MA | CITY | Somerville | | |

CARRIER'S DELIVERING AGENT OR INTERLINING CARRIER (IF ANY)

NAME

ADDRESS

CITY                    STATE    PHONE

LOCATION OF CERTIFIED SCALE TO BE USED IN WEIGHING SHIPMENT AT ORIGIN

| PACKING DATE REQUESTED | AGREED PICKUP DATE or period of time | GUARANTEED PICKUP DATE | AGREED DELIVERY DATE or period of time | GUARANTEED DELIVERY DATE | GUARANTEED SERVICE DATES |
|---|---|---|---|---|---|
| (if applicable) | 7/13 (if applicable) | | OPEN Daily Allowance | (if applicable) | (if applicable) |

| SHIPPER'S CONTACT EN ROUTE | | SERVICES | | CHARGES |
|---|---|---|---|---|
| NAME | | Transportation FROM ZIP          TO ZIP | | 9187.50 |
| ADDRESS | | Origin/Destination Fee | | 471.04 |
| CITY | STATE | PHONE | Fuel Surcharge (when applicable) | | 733.40 |
| **SHIPPER'S CONTACT AT DESTINATION** | | Insurance Surcharge (when applicable) | | |
| NAME | | Valuation | 10,000 Ins | 290 |
| ADDRESS | | Containers, Packing & Unpacking | | |
| CITY | STATE | PHONE | Storage-In-Transit at ZIP Location | | |
| SHIPPER DOES NOT ☐ DOES ☐ REQUEST NOTIFICATION CHANGES PRIOR TO DELIVERY AT | | Date In          Date Out | | |
| NAME | | SIT Pick-up and Delivery | | |
| ADDRESS | | Extra Pickups or Deliveries No          at ZIP(s) | | |
| CITY | STATE | PHONE | Extra Labor, Special Services or Waiting Time | | |
| | | Bulky Articles | | |
| | | Additional Weight Additives | | |
| **BINDING ESTIMATE CHARGES    YES    NO** | | Advanced Charges | | |
| Transportation | Dest. Services | Shuttle Service | | |
| Origin Service | Valuation Chg. | Self-Storage/Mini-Warehouse Pickups or Deliveries | | |
| | | Overtime Pickups or Deliveries | | |
| Total Charges above cover only the articles and services indicated on binding estimate | | Other Additional Services   Flight Charging | | 460.50 |

accompanying this order for service, signed by representative of both the carrier and shipper. Total charges are guaranteed for _____ days from date of signing.

Non-Binding Estimated Charges _____

110% Collection Option (COD) _____

**BALANCE DUE 30 DAYS AFTER DELIVERY**

Payment is due upon delivery. Money Order/Cashier's Check or Bank Cashier's Check

Payable To: _____

BILLING INFORMATION     Type of Shipment ☐    Chg ☐    PPD ☐    C.O.D ☐

NAME

ADDRESS

CITY                    STATE                    ZIP

ATTENTION OF

THE SHIPPER BY THE REPRESENTATIONS FOR HIS SIGNATURE HEREBY CERTIFIES THE SERVICES OUTLINED HEREIN TO BE PERFORMED ON HIS BEHALF, AND FURTHER ACKNOWLEDGES THAT ALL ARRANGEMENTS REGARDING CONTRACT WILL BE IN PART, WRITTEN AND/OR AT DISCRETION, METHOD OF PAYMENT, AND SERVICE ONLY OF CHARGES ARE AS DESIGNATED HEREIN.

DATE 7/13/05    x Jessica Camillo  S.C.
                    SHIPPER OR ITS REPRESENTATIVE

THE CARRIER, BY SIGNATURE OF ITS REPRESENTATIVE, HEREBY ACCEPTS THIS ORDER FOR SERVICES AND AGREES TO PERFORM THE SERVICES OUTLINED HEREIN AND TO COMPLY WITH SUCH OTHER ARRANGEMENTS AS ARE SPECIFIED.

DATE _____          CARRIER'S REPRESENTATIVE

ADDITIONAL INFORMATION:

**SHIPPER AGREES TO PAY**
**ACTUAL WEIGHT**

**CUSTOMER'S DECLARATION OF VALUE**

THIS IS A TARIFF LEVEL OF CARRIER LIABILITY - IT IS NOT INSURANCE

has must select, in your own handwriting, one of the following two options for your shipment. The option you select establishes your mover's maximum liability for your goods, subject to the rules contained in your mover's tariff.

OPTION 1: Full (Replacement) Value Protection. If any article is lost, destroyed or damaged while in your mover's custody, your mover will either 1) repair the article to the extent necessary to restore it to the same condition as when it was received by your mover, or pay you the cost of such repairs; or 2) replace the article with an article of like kind and quality, or pay you for the cost of such a replacement. An additional charge applies for this option.

To select Option 1, you must write, on the line below, either a lump sum dollar amount for the value of your shipment that may not be less than $5000, or an amount per pound that may not be less than $4.00 ( ) per pound, whichever is greater.

The value of my shipment is: _____

You must also select one of the following deductible amounts that will apply for your shipment:

No Deductible ( ) initial    $250 Deductible ( ) initial    $500 Deductible ( ) initial

OPTION 2 Released Value of 60 Cents Per Pound Per Article. If any article is lost, destroyed or damaged while in your mover's custody, your mover's liability is limited to the actual weight of the lost, destroyed or damaged article multiplied by 60 cents per pound per article. This is the basic liability level and is provided at no charge. It is considerably less than the average value of household goods.

To select Option 2, you must write, on the line below, the words "60 cents per pound".

The value of my shipment is: 10,000

Your signature is required here: I acknowledge that I have 1) declared a value for my shipment and selected a deductible amount, if appropriate, and 2) received and read a copy of the mover's explanation of these provisions and the applicable charges.

Customer's Signature  Jessica Camillo S.C.    Date 7/13/05

Extraordinary (Unusual) Value Article Declaration

I am trade for that these provisions and have read a copy of the "Inventory of items Valued in Excess of $100 Per Pound..." sheet. ...

NO. MC323997

2nd Pickup

UNIFORM HOUSEHOLD GOODS BILL OF LADING AND FREIGHT BILL
**ALL PRO VAN LINES, INC.**
2181 SW 58TH AVE
WEST HOLLYWOOD, FL 33023
(954) 983-2030    FAX (954) 983-0235

SHIPPER

### NOTIFICATION OF CHARGES
SHIPPER REQUESTS NOTIFICATION OF ACTUAL CHARGES BY
PHONE

ADDRESS

ADDRESS

BILLING INFORMATION

NAME

ADDRESS

CITY & STATE

ATTENTION OF

INSURANCE: The shipper declares the actual cash value of the shipment to be $

Signature

### SPECIAL SERVICES
EXPEDITED SERVICE ORDERED BY
SHIPMENT DELIVERED ON OR BEFORE
SHIPMENT COMPLETELY OCCUPIED A _____ CUBIC VEHICLE
EXCLUSIVE USE OF A _____ CUBIC VEHICLE (VOLUME)
SPACE RESERVATION _____ CUBIC FEET/FT

| SERVICES | | CHARGES |
|---|---|---|
| Transportation (FROM, ___ TO ___) | | 9147.50 |
| Unapcl/pickup/ex Fee | | 471.52 |
| Fuel Surcharge (when applicable) | | 733.40 |
| Insurance Surcharge (when applicable) | | |
| Valuation | | 240.00 |
| Containers, Packing & Unpacking | | |
| Storage-In-Transit at ZIP Location | | |
| | Date In ___ Date Out ___ | |
| SIT Pickup and Delivery | | |
| Extra Pickup or Delivery no. ___ in ZIP no. | | |
| Extra Labor, Special Services or Waiting Time | | |
| Bulky Articles | | |
| Additional Weight Additive | | |
| Advanced Charges | | |
| Shuttle Service | | |
| Self Storage/Mini-Storage Pickups or Deliveries | | |
| Overtime Pickups or Deliveries | | |
| Other (indicate) Details | | |

### FULL AND CUSTOM CONTAINER SERVICE

FULL SERVICE | CONTAINERS & PACKING | UNPACKING |
|---|---|---|

| CUSTOM SERVICE CARTON DESCRIPTION | CONTAINERS & PACKING QUANTITY | UNPACKING QUANTITY |
|---|---|---|
| DISH PACKS | | |
| CARTONS | | |
| CARTONS | | |
| CARTONS | | |
| CARTONS | | |
| CARTONS | | |
| WARDROBE CTN | | |
| CORRUGATED CTN | | |
| MATTRESS CTN | | |
| MATTRESS CTN | | |
| MATTRESS CTN | | |
| GLASS CTN | | |
| OTHER | | |
| OTHER | | |

TOTAL CONTAINERS & PACKING  $        TOTAL UNPACKING  $

TOTAL CONTAINERS & PACKING AND UNPACKING

Prepayment Collected By

**BALANCE DUE**  9451.37

# EXHIBIT 4

08/16/2005 01:08 FAX 5087219101          ALL PRO MOVING & STORAGE                    ☑001

*Light Weight 16,100*

FLYNN'S TRUCK STOP
SHREWSBURY, MA 01545
CERTIFIED SCALE

7-13-2005
11:58AM

*Heavy Weight — 1st truck*    INBOUND    28360 lb

10140 lb STEERING
18220 lb DRIVE

LOOP ID AP

ALL PRO 9

FIRST WEIGH $8.00    REWEIGH $1.00

GINAL

| Gross | Tare | Net | Date | Consignee | Weigher |
|-------|------|-----|------|-----------|---------|

WEIGH SLIP

NOT VALID UNLESS IMPRINTED

Truck No.

Providence & Worcester Railroad Co.
382 Southbridge St.
Worcester, Mass. 01610
(508) 755-4000 Ext. 410

Weighed on the Scales
of

*Light weight
Heavy weight 24,220*

# EXHIBIT 5

HOUSEHOLD GOODS DESCRIPTIVE INVENTORY

CONTRACTOR OR CARRIER

**ALL PRO VAN LINES, INC.**

| | |
|---|---|
| PAGE NO. | NO. OF PAGES |
| CARRIER'S REFERENCE NO. | |
| CONTRACT OR GBL NO. | |
| GOVT SERVICE ORDER NO. | |
| VAN NUMBER | |

OWNER'S GRADE (IF APPLICABLE) AND NAME

ORIGIN (LOADING) ADDRESS

DESTINATION

DESCRIPTIVE SYMBOLS     EXCEPTION SYMBOLS     LOCATION SYMBOLS

NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR.

| ITEM NO. | GBL REF | ARTICLES | CONDITION AT ORIGIN | | EXCEPTIONS (IF ANY) AT DESTINATION | ITEM NO. |
|---|---|---|---|---|---|---|

Lot No
AP3107
000
ALL PRO
VAN LINES

Lot No
AP3107
000
ALL PRO
VAN LINES

Lot No
AP3107

ITEM NO.   REMARKS/EXCEPTIONS

WARNING ➤ BEFORE SIGNING CHECK SHIPMENT. COUNT ITEMS AND DESCRIBE LOSS OR DAMAGE IN SPACE ON THE RIGHT ABOVE

AT ORIGIN

AT DESTINATION

FORM # 1150 REV 2000

CONTRACTOR OR CARRIER

HOUSEHOLD GOODS DESCRIPTIVE INVENTORY

**ALL PRO VAN LINES, INC.**

PAGE NO. ___ NO. OF PAGES

CARRIER'S REFERENCE NO.

CONTRACTOR OBL. NO.

GOVT. SERVICE ORDER NO.

VAN NUMBER

OWNER'S (LAST) OR FULL NAME AND FIRST NAME

ORIGIN LOADING ADDRESS

DESTINATION

DESCRIPTIVE SYMBOLS          EXCEPTION SYMBOLS          LOCATION SYMBOLS

NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR.

| ITEM NO. | CR. REF. | ARTICLES | CONDITION AT ORIGIN | | EXCEPTIONS (IF ANY) AT DESTINATION | ITEM NO. |
|---|---|---|---|---|---|---|
| 1 | | | | | | 1 |
| 2 | | | | | | 2 |
| 3 | | | | | | 3 |
| 4 | | | | | | 4 |
| 5 | | | | | | 5 |
| 6 | | | | | | 6 |
| 7 | | | | | | 7 |
| 8 | | | | | | 8 |
| 9 | | | | | | 9 |
| 0 | | | | | | 0 |
| 1 | | | | | | 1 |
| 2 | | | | | | 2 |
| 3 | | | | | | 3 |
| 4 | | | | | | 4 |
| 5 | | | | | | 5 |
| 6 | | | | | | 6 |
| 7 | | | | | | 7 |
| 8 | | | | | | 8 |
| 9 | | | | | | 9 |
| 0 | | | | | | 0 |
| 1 | | | | | | 1 |
| 2 | | | | | | 2 |
| 3 | | | | | | 3 |
| 4 | | | | | | 4 |
| 5 | | | | | | 5 |
| 6 | | | | | | 6 |
| 7 | | | | | | 7 |
| 8 | | | | | | 8 |
| 9 | | | | | | 9 |
| 0 | | | | | | 0 |
| 1 | | | | | | 1 |
| 2 | | | | | | 2 |
| 3 | | | | | | 3 |
| 4 | | | | | | 4 |
| 5 | | | | | | 5 |
| 6 | | | | | | 6 |
| 7 | | | | | | 7 |
| 8 | | | | | | 8 |
| 9 | | | | | | 9 |
| 0 | | | | | | 0 |

ITEM NO.    REMARKS/EXCEPTIONS

TAPE LOT NO.          TAPE COLOR

**WARNING** ➤ BEFORE SIGNING CHECK SHIPMENT, COUNT ITEMS AND DESCRIBE LOSS OR DAMAGE IN SPACE ON THE RIGHT ABOVE

"WE HAVE CHECKED ALL THE ITEMS LISTED AND NUMBERED ___ TO ___ INCLUSIVE, AND IS ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE GOODS TENDERED AND OF THE DATA OF THE HANDLING THEREOF."

TAPE FROM          THRU

|  | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) | DATE | | | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) | DATE |
|---|---|---|---|---|---|---|
| AT ORIGIN | (SIGNATURE) | | | AT DESTI- NATION | (SIGNATURE) | |
| | OWNER OR AUTHORIZED AGENT | DATE | | | OWNER OR AUTHORIZED AGENT | DATE |
| | (SIGNATURE) | | | | (SIGNATURE) | |

FORM # 1140 REV. 2/89

MILBIN PRINTING INC., 1290 MOTOR PARKWAY, HAUPPAUGE, NY 11749 (631) 582-8900

**HOUSEHOLD GOODS DESCRIPTIVE INVENTORY**

CONTRACTOR OR CARRIER

PAGE NO. ___ NO. OF PAGES

CARRIER'S REFERENCE NO.

**ALL PRO VAN LINES, INC.**    AGENT: AP

CONTRACT OR GBL. NO.

OWNER'S GRADE OR RATING AND NAME: Janice Camillo    GOVT. SERVICE ORDER NO.

ORIGIN LOADING ADDRESS: 81 Wellington Hill St Mattapan    CITY    STATE MA    VAN NUMBER

DESTINATION: Smyran OrA    LOCATION SYMBOLS

DESCRIPTIVE SYMBOLS / EXCEPTION SYMBOLS

NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR.

| ITEM NO. | CR. BER. | ARTICLES | CONDITION AT ORIGIN | EXCEPTIONS (IF ANY) AT DESTINATION | ITEM NO. |
|---|---|---|---|---|---|
| | | | | | 1 |
| 08 | 1 | Box | P.B.O.W | | 2 |
| | 2 | | | | 3 |
| | 3 | | | | 4 |
| | 4 | | | | 5 |
| | 5 | | | | 6 |
| | 6 | | | | 7 |
| | 7 | | | | 8 |
| | 8 | | | | 9 |
| | 9 | | | | 0 |
| 09 | 0 | Box | P.B.O.W | | 1 |
| | 1 | | | | 2 |
| | 2 | | | | 3 |
| | 3 | | | | 4 |
| | 4 | Box Marble Top Dress | P.B.O.W 10.13 S89.SC CL G 4/6 SCR Broken all 4/6 | | 5 |
| | 5 | Marble Top | P.B S86 o R.L Scratch Top / 6/G | 982 | 6 |
| | 6 | Marble Top Elm. cab. | P.B.O.W S81. S6d G 4/6 Broken 6-40 | | 7 |
| | 7 | Head Board | SCR | | 8 |
| | 8 | Foot Board. | SCR | | 9 |
| | 9 | Wicker stand | P.R.SCR | | 0 |
| 10 | 0 | Wicker Stand | P.R.SCR | | 1 |
| | 1 | Stool Stool | SC SO | | 2 |
| | 2 | Bed Rails | SC. | | 3 |
| | 3 | Mobil Sofa Table | SCG | | 4 |
| | 4 | Metal Box | SCR | | 5 |
| | 5 | Emj Metal Rack | SCR | | 6 |
| | 6 | Night Stand | | 117 ALL PRO VAN LINES | 7 |
| | 7 | Foot Board | | | 8 |
| | 8 | Head Board | | | 9 |
| | 9 | Metal Stand J. Video | | | 0 |
| 11 | 0 | Metal Stand | | | 1 |
| | 1 | Jew Box | | | 2 |
| | 2 | (PC) Table | P.B.O.W | 118 ALL PRO VAN LINES | 3 |
| | 3 | | | | 4 |
| | 4 | | | | 5 |
| | 5 | | | | 6 |
| | 6 | (PC) Table | P.B.O.W | | 7 |
| | 7 | Pictures | SHrink | | 8 |
| | 8 | Box Spring | SHrink | | 9 |
| | 9 | Box | P.B.O.W | | 0 |
| 12 | 0 | Box | P.B.O.W | | |

ITEM NO.    REMARKS/EXCEPTIONS

**WARNING**    "WE HAVE CHECKED ALL THE ITEMS LISTED AND NUMBERED 1 TO ___ INCLUSIVE AND ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE GOODS TENDERED AND OF THE STATE OF THE GOODS RECEIVED"    TAPE LOT NO.    TAPE COLOR

BEFORE SIGNING CHECK SHIPMENT, COUNT ITEMS AND DESCRIBE LOSS OR DAMAGE IN SPACE ON THE RIGHT ABOVE.    NOS. FROM    THRU

| | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) | DATE | | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) | DATE |
|---|---|---|---|---|---|
| AT ORIGIN | (SIGNATURE) | 7/12/05 | AT DESTI-NATION | (SIGNATURE) | |
| | OWNER OR AUTHORIZED AGENT (SIGNATURE) Janice Camillo | 7/13/05 | | OWNER OR AUTHORIZED AGENT (SIGNATURE) | |

MILBIN PRINTING INC., 1290 MOTOR PARKWAY, HAUPPAUGE, NY 11749 (631) 582-8900

| CONTRACTOR OR CARRIER | HOUSEHOLD GOODS DESCRIPTIVE INVENTORY | | PAGE NO. | NO. OF PAGES |
|---|---|---|---|---|

**ALL PRO VAN LINES, INC.**

| ITEM NO. | CR. REF. | ARTICLES | CONDITION AT ORIGIN | | EXCEPTIONS (IF ANY) | ITEM NO. |
|---|---|---|---|---|---|---|
| 1 | | | | | Lot No | 1 |
| 2 | | | | | AP3107 | 2 |
| 3 | | | | | 129 | 3 |
| 4 | | | | | ALL PRO | 4 |
| 5 | | | | | VAN LINES | 5 |
| 6 | | | | | Lot No | 6 |
| 7 | | | | | AP3107 | 7 |
| 8 | | | | | 128 | 8 |
| 9 | | | | | ALL PRO | 9 |
| 0 | | | | | VAN LINES | 0 |
| 1 | | | | | Lot No | 1 |
| 2 | | | | | AP3107 | 2 |
| 3 | | | | | 127 | 3 |
| 4 | | | | | ALL PRO | 4 |
| 5 | | | | | VAN LINES | 5 |
| 6 | | | | | Lot No | 6 |
| 7 | | | | | AP3107 | 7 |
| 8 | | | | | 126 | 8 |
| 9 | | | | | ALL PRO | 9 |
| 0 | | | | | VAN LINES | 0 |
| 1 | | | | | Lot No | 1 |
| 2 | | | | | AP3107 | 2 |
| 3 | | | | | 156 | 3 |
| 4 | | | | | ALL PRO | 4 |
| 5 | | | | | VAN LINES | 5 |
| 6 | | | | | Lot No | 6 |
| 7 | | | | | AP3107 | 7 |
| 8 | | | | | 155 | 8 |
| 9 | | | | | ALL PRO | 9 |
| 0 | | | | | VAN LINES | 0 |
| 1 | | | | | Lot No | 1 |
| 2 | | | | | AP3107 | 2 |
| 3 | | | | | 154 | 3 |
| 4 | | | | | ALL PRO | 4 |
| 5 | | | | | VAN LINES | 5 |
| ITEM NO. | | REMARKS/EXCEPTIONS | | | Lot No AP3107 | 0 |
| | | | | | 153 | |
| | | | | | ALL PRO VAN LINES | |

**WARNING** BEFORE SIGNING, CHECK SHIPMENT. COUNT ITEMS AND CHECK GOODS. LOSS OR DAMAGE MUST BE NOTED IN DETAIL ON THE RIGHT ABOVE.

FORM # 1120 REV 2/80

HOUSEHOLD GOODS DESCRIPTIVE INVENTORY

CONTRACTOR OR CARRIER

**ALL PRO VAN LINES, INC.**

| ITEM NO. | CR. REF. | ARTICLES | CONDITION AT ORIGIN | EXCEPTIONS (IF ANY) AT DESTINATION | ITEM NO. |
|---|---|---|---|---|---|
| 1 | | | | | 1 |
| 2 | | | | | 2 |
| 3 | | | | | 3 |
| 4 | | | | | 4 |
| 5 | | | | | 5 |
| 6 | | | | | 6 |
| 7 | | | | | 7 |
| 8 | | | | | 8 |
| 9 | | | | | 9 |
| 0 | | | | | 0 |

NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR.

ITEM NO. REMARKS/EXCEPTIONS

**WARNING**

| CONTRACTOR OR CARRIER | HOUSEHOLD GOODS DESCRIPTIVE INVENTORY | | PAGE NO. | NO. OF PAGES |

**ALL PRO VAN LINES, INC.**

OWNER'S GRADE, OR RANK, AND NAME

ORIGIN (LOADING ADDRESS)

DESTINATION

DESCRIPTIVE SYMBOLS

EXCEPTION SYMBOLS

NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR.

| ITEM NO. | DR. REF. | ARTICLES | CONDITION AT ORIGIN | | Lot No. AP3107 222 ALL PRO VAN LINES |

Lot No AP3107 **222** ALL PRO VAN LINES
Lot No AP3107 **221** ALL PRO VAN LINES
Lot No AP3107 **220** ALL PRO VAN LINES
Lot No AP3107 **219** ALL PRO VAN LINES
Lot No AP3107 **218** ALL PRO VAN LINES
Lot No AP3107 **217** ALL PRO VAN LINES
Lot No AP3107 **216** ALL PRO VAN LINES
Lot No AP3107 **215** ALL PRO VAN LINES
Lot No AP3107 **214** ALL PRO VAN LINES
Lot No AP3107 **213** ALL PRO VAN LINES

ITEM NO. REMARKS/EXCEPTIONS

WARNING — BEFORE SIGNING CHECK SHIPMENT COUNT ITEMS AND DESCRIBE LOSS OR DAMAGE IN SPACE ON THE RIGHT ABOVE.

AT ORIGIN / AT DESTINATION

# EXHIBIT 6

# EXHIBIT 7

08/18/2005 03:44 FAX 5087219101          ALL PRO MOVING & STORAGE          Ø002

# PROFESSIONAL MOVERS COMMERCIAL RELOCATION TARIFF

## A  Section 3 - PEAK Transportation Rates

INFO COPY

4th Revised Page 177

| Miles From | To | 13,000 to 13,499 | 13,500 to 13,999 | 14,000 to 14,499 | 14,500 to 14,999 | 15,000 to 15,499 | 15,500 to 15,999 | 16,000 to 16,499 | 16,500 to 16,999 | 17,000 to 17,499 | 17,500 to 17,999 | 18,000 to 18,499 | 18,500 to 18,999 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 20 | 5,671 | 5,815 | 5,960 | 6,104 | 6,249 | 6,393 | 6,523 | 6,653 | 6,783 | 6,913 | 7,042 | 7,172 |
| 21 | 40 | 5,917 | 6,070 | 6,222 | 6,375 | 6,527 | 6,680 | 6,817 | 6,955 | 7,092 | 7,229 | 7,366 | 7,504 |
| 41 | 60 | 6,163 | 6,324 | 6,485 | 6,645 | 6,806 | 6,967 | 7,112 | 7,256 | 7,401 | 7,545 | 7,690 | 7,835 |
| 61 | 80 | 6,409 | 6,578 | 6,747 | 6,916 | 7,085 | 7,254 | 7,406 | 7,558 | 7,710 | 7,862 | 8,014 | 8,166 |
| 81 | 100 | 6,656 | 6,833 | 7,010 | 7,187 | 7,364 | 7,541 | 7,700 | 7,860 | 8,019 | 8,178 | 8,338 | 8,497 |
| 101 | 120 | 6,902 | 7,087 | 7,272 | 7,457 | 7,643 | 7,828 | 7,995 | 8,162 | 8,328 | 8,495 | 8,662 | 8,829 |
| 121 | 140 | 7,148 | 7,341 | 7,535 | 7,728 | 7,921 | 8,115 | 8,289 | 8,463 | 8,637 | 8,812 | 8,986 | 9,160 |
| 141 | 160 | 7,394 | 7,596 | 7,797 | 7,999 | 8,200 | 8,402 | 8,583 | 8,765 | 8,946 | 9,128 | 9,309 | 9,491 |
| 161 | 180 | 7,640 | 7,850 | 8,060 | 8,269 | 8,479 | 8,689 | 8,878 | 9,067 | 9,256 | 9,444 | 9,633 | 9,822 |
| 181 | 200 | 7,886 | 8,104 | 8,322 | 8,540 | 8,758 | 8,976 | 9,172 | 9,368 | 9,565 | 9,761 | 9,957 | 10,153 |
| 201 | 250 | 8,163 | 8,390 | 8,617 | 8,844 | 9,071 | 9,299 | 9,503 | 9,708 | 9,912 | 10,117 | 10,321 | 10,526 |
| 251 | 300 | 8,471 | 8,708 | 8,945 | 9,183 | 9,420 | 9,657 | 9,871 | 10,084 | 10,298 | 10,511 | 10,725 | 10,939 |
| 301 | 350 | 8,778 | 9,025 | 9,273 | 9,521 | 9,768 | 10,016 | 10,239 | 10,462 | 10,684 | 10,907 | 11,130 | 11,353 |
| 351 | 400 | 9,086 | 9,344 | 9,602 | 9,859 | 10,117 | 10,375 | 10,607 | 10,839 | 11,071 | 11,303 | 11,535 | 11,767 |
| 401 | 450 | 9,394 | 9,662 | 9,930 | 10,198 | 10,465 | 10,733 | 10,974 | 11,215 | 11,456 | 11,697 | 11,938 | 12,170 |
| 451 | 500 | 9,701 | 9,980 | 10,258 | 10,536 | 10,814 | 11,092 | 11,342 | 11,593 | 11,843 | 12,093 | 12,344 | 12,594 |
| 501 | 550 | 10,009 | 10,297 | 10,586 | 10,874 | 11,162 | 11,451 | 11,710 | 11,970 | 12,229 | 12,489 | 12,748 | 13,008 |
| 551 | 600 | 10,317 | 10,615 | 10,914 | 11,212 | 11,511 | 11,810 | 12,079 | 12,348 | 12,616 | 12,885 | 13,154 | 13,423 |
| 601 | 650 | 10,624 | 10,933 | 11,242 | 11,551 | 11,859 | 12,168 | 12,446 | 12,724 | 13,001 | 13,279 | 13,557 | 13,835 |
| 651 | 700 | 10,932 | 11,251 | 11,570 | 11,889 | 12,208 | 12,527 | 12,814 | 13,101 | 13,388 | 13,675 | 13,963 | 14,250 |
| 701 | 750 | 11,240 | 11,569 | 11,898 | 12,227 | 12,556 | 12,886 | 13,182 | 13,479 | 13,775 | 14,072 | 14,368 | 14,664 |
| 751 | 800 | 11,547 | 11,887 | 12,226 | 12,566 | 12,905 | 13,244 | 13,549 | 13,855 | 14,160 | 14,466 | 14,771 | 15,076 |
| 801 | 850 | 11,855 | 12,205 | 12,554 | 12,904 | 13,254 | 13,603 | 13,918 | 14,232 | 14,547 | 14,862 | 15,176 | 15,491 |
| 851 | 900 | 12,163 | 12,522 | 12,882 | 13,242 | 13,602 | 13,962 | 14,286 | 14,610 | 14,934 | 15,257 | 15,581 | 15,905 |
| 901 | 950 | 12,470 | 12,840 | 13,210 | 13,580 | 13,951 | 14,321 | 14,654 | 14,987 | 15,320 | 15,654 | 15,987 | 16,320 |
| 951 | 1,000 | 12,778 | 13,158 | 13,538 | 13,919 | 14,299 | 14,679 | 15,021 | 15,363 | 15,705 | 16,048 | 16,390 | 16,732 |
| 1,001 | 1,100 | 13,178 | 13,571 | 13,965 | 14,359 | 14,752 | 15,146 | 15,500 | 15,855 | 16,209 | 16,563 | 16,917 | 17,272 |
| 1,101 | 1,200 | 13,670 | 14,080 | 14,490 | 14,900 | 15,310 | 15,720 | 16,089 | 16,458 | 16,827 | 17,196 | 17,565 | 17,934 |
| 1,201 | 1,300 | 14,162 | 14,589 | 15,015 | 15,441 | 15,867 | 16,294 | 16,678 | 17,061 | 17,445 | 17,829 | 18,212 | 18,596 |
| 1,301 | 1,400 | 14,655 | 15,097 | 15,540 | 15,982 | 16,425 | 16,867 | 17,265 | 17,664 | 18,062 | 18,460 | 18,858 | 19,257 |
| 1,401 | 1,500 | 15,147 | 15,606 | 16,065 | 16,524 | 16,983 | 17,441 | 17,854 | 18,287 | 18,680 | 19,093 | 19,506 | 19,919 |
| 1,501 | 1,600 | 15,639 | 16,114 | 16,590 | 17,065 | 17,540 | 18,015 | 18,443 | 18,870 | 19,298 | 19,726 | 20,153 | 20,581 |
| 1,601 | 1,700 | 16,131 | 16,623 | 17,115 | 17,606 | 18,098 | 18,589 | 19,031 | 19,474 | 19,916 | 20,358 | 20,801 | 21,243 |
| 1,701 | 1,800 | 16,624 | 17,132 | 17,639 | 18,147 | 18,655 | 19,163 | 19,620 | 20,077 | 20,534 | 20,991 | 21,448 | 21,905 |
| 1,801 | 1,900 | 17,116 | 17,640 | 18,164 | 18,689 | 19,213 | 19,737 | 20,209 | 20,680 | 21,152 | 21,624 | 22,096 | 22,567 |
| 1,901 | 2,000 | 17,608 | 18,149 | 18,689 | 19,230 | 19,771 | 20,311 | 20,797 | 21,284 | 21,770 | 22,257 | 22,743 | 23,230 |
| 2,001 | 2,100 | 18,100 | 18,657 | 19,214 | 19,771 | 20,328 | 20,885 | 21,386 | 21,888 | 22,389 | 22,890 | 23,392 | 23,893 |
| 2,101 | 2,200 | 18,593 | 19,166 | 19,739 | 20,313 | 20,886 | 21,459 | 21,975 | 22,491 | 23,007 | 23,523 | 24,039 | 24,555 |
| 2,201 | 2,300 | 19,085 | 19,675 | 20,264 | 20,854 | 21,443 | 22,033 | 22,564 | 23,094 | 23,625 | 24,156 | 24,686 | 25,217 |
| 2,301 | 2,400 | 19,577 | 20,183 | 20,789 | 21,395 | 22,001 | 22,607 | 23,152 | 23,698 | 24,243 | 24,789 | 25,334 | 25,879 |
| 2,401 | 2,500 | 20,069 | 20,692 | 21,314 | 21,936 | 22,559 | 23,181 | 23,741 | 24,301 | 24,861 | 25,421 | 25,981 | 26,542 |
| 2,501 | 2,600 | 20,562 | 21,200 | 21,839 | 22,478 | 23,116 | 23,755 | 24,330 | 24,905 | 25,479 | 26,054 | 26,629 | 27,204 |
| 2,601 | 2,700 | 21,054 | 21,709 | 22,364 | 23,019 | 23,674 | 24,329 | 24,919 | 25,508 | 26,098 | 26,687 | 27,277 | 27,866 |
| 2,701 | 2,800 | 21,546 | 22,217 | 22,880 | 23,560 | 24,231 | 24,903 | 25,507 | 26,111 | 26,716 | 27,320 | 27,924 | 28,528 |
| 2,801 | 2,900 | 22,038 | 22,726 | 23,414 | 24,101 | 24,789 | 25,477 | 26,096 | 26,715 | 27,334 | 27,953 | 28,571 | 29,190 |
| 2,901 | 3,000 | 22,531 | 23,235 | 23,939 | 24,643 | 25,347 | 26,051 | 26,685 | 27,318 | 27,952 | 28,585 | 29,219 | 29,853 |
| 3,001 | 3,100 | 23,023 | 23,743 | 24,464 | 25,184 | 25,904 | 26,625 | 27,273 | 27,922 | 28,570 | 29,218 | 29,866 | 30,515 |
| 3,101 | 3,200 | 23,515 | 24,252 | 24,989 | 25,725 | 26,462 | 27,199 | 27,862 | 28,525 | 29,188 | 29,852 | 30,515 | 31,178 |
| 3,201 | 3,300 | 24,007 | 24,760 | 25,513 | 26,266 | 27,019 | 27,773 | 28,451 | 29,129 | 29,807 | 30,484 | 31,162 | 31,840 |
| 3,301 | 3,400 | 24,500 | 25,269 | 26,038 | 26,808 | 27,577 | 28,346 | 29,038 | 29,731 | 30,423 | 31,116 | 31,808 | 32,500 |
| 3,401 | 3,500 | 24,992 | 25,778 | 26,563 | 27,349 | 28,135 | 28,920 | 29,627 | 30,334 | 31,041 | 31,748 | 32,455 | 33,163 |
| 3,501 | 3,600 | 25,484 | 26,286 | 27,088 | 27,890 | 28,692 | 29,494 | 30,216 | 30,938 | 31,659 | 32,381 | 33,103 | 33,825 |
| 3,601 | 3,700 | 25,976 | 26,795 | 27,613 | 28,432 | 29,250 | 30,068 | 30,804 | 31,541 | 32,277 | 33,014 | 33,750 | 34,487 |
| 3,701 | 3,800 | 26,469 | 27,303 | 28,138 | 28,973 | 29,808 | 30,642 | 31,393 | 32,144 | 32,896 | 33,647 | 34,398 | 35,149 |
| Add'l 100 miles | | 492 | 509 | 525 | 541 | 558 | 574 | 589 | 603 | 618 | 633 | 647 | 662 |

HOUSEHOLD GOODS CARRIERS' BUREAU COMMITTEE, AGENT
1611 DUKE STREET, ALEXANDRIA, VA 22314-3482

# EXHIBIT 8

08/18/2005 03:45 FAX 5087219101          ALL PRO MOVING & STORAGE          ☑003

# PROFESSIONAL MOVERS COMMERCIAL RELOCATION TARIFF

INFO COPY                                                    4th Revised Page 100

### ADDITIONAL SERVICES

> A   SECTION 2, PART B, ADDITIONAL SERVICES (See Parts E and F for Services Within Alaska)
> SEE ITEM 10000 FOR ABBREVIATIONS AND REFERENCE MARKS

| Service Area No. | Service Area Name | Additional Services Cost Schedule | Item 170 Schedule A Only ATC | Item 185 Storage-In-Transit SIT 1st Day | SIT Each Additional Day | Item 210 Pickup & Delivery From SIT |
|---|---|---|---|---|---|---|
| 364 | Augusta, ME | B | - | 5.75 | 0.30 | B |
| 368 | Bangor, ME | B | - | 6.35 | 0.30 | B |
| 372 | Portland, ME | B | - | 6.75 | 0.31 | B |
| 376 | Presque Isle, ME | B | - | 6.60 | 0.30 | B |
| 380 | Baltimore, MD | B | 0.90 | 5.85 | 0.31 | B |
| 384 | Boston, MA | D | 1.40 | 8.30 | 0.31 | D |
| 388 | Springfield, MA | C | 1.00 | 6.35 | 0.31 | C |
| 392 | Mexico, MX | A | 5.55 | 4.05 | 0.26 | A |
| 396 | Cadillac, MI | C | - | 7.25 | 0.30 | C |
| 400 | Detroit, MI | D | 2.25 | 9.75 | 0.31 | D |
| 404 | Grand Rapids, MI | D | - | 5.95 | 0.31 | D |
| 408 | Marquette, MI | C | - | 5.30 | 0.30 | C |
| 412 | Duluth, MN | D | 1.65 | 8.25 | 0.31 | D |
| 416 | Minneapolis, MN | D | 3.30 | 9.40 | 0.35 | D |
| 420 | Rochester, MN | C | 0.90 | 6.05 | 0.31 | C |
| 424 | Greenville, MS | A | - | 4.20 | 0.27 | A |
| 428 | Gulfport, MS | A | - | 5.00 | 0.30 | A |
| 432 | Jackson, MS | B | - | 5.00 | 0.27 | B |
| 436 | Meridian, MS | A | - | 4.05 | 0.26 | A |
| 440 | Tupelo, MS | A | - | 4.05 | 0.26 | A |
| 444 | Columbia, MO | A | - | 5.95 | 0.31 | A |
| 448 | Kansas City, MO | B | 0.90 | 7.65 | 0.31 | B |
| 452 | Springfield, MO | A | - | 4.05 | 0.26 | A |
| 456 | St. Louis, MO | B | 1.35 | 6.60 | 0.30 | B |
| 460 | Billings, MT | A | - | 9.25 | 0.31 | A |
| 464 | Butte, MT | B | - | 6.65 | 0.27 | B |
| 468 | Glasgow, MT | B | - | 5.20 | 0.25 | B |
| 472 | Great Falls, MT | C | - | 9.25 | 0.31 | C |
| 476 | Missoula, MT | B | - | 6.20 | 0.30 | B |
| 480 | Grand Island, NE | A | - | 4.70 | 0.26 | A |
| 484 | North Platte, NE | A | - | 4.70 | 0.27 | A |
| 488 | Omaha, NE | A | 0.90 | 5.80 | 0.30 | A |
| 492 | Scottsbluff, NE | A | - | 4.50 | 0.27 | A |
| 496 | Elko, NV | D | - | 4.05 | 0.26 | D |
| 500 | Las Vegas, NV | D | - | 9.60 | 0.35 | D |
| 504 | Reno, NV | C | - | 8.25 | 0.36 | C |
| 508 | Laconia, NH | B | - | 5.40 | 0.30 | B |
| 512 | Lakewood, NJ | B | 1.20 | 8.20 | 0.35 | B |
| 516 | Albuquerque, NM | B | - | 5.95 | 0.30 | B |
| 520 | Carlsbad, NM | B | - | 4.50 | 0.30 | B |
| 524 | Clovis, NM | A | - | 4.70 | 0.26 | A |
| 528 | Gallup, NM | B | - | 5.95 | 0.30 | B |
| 532 | Las Cruces, NM | A | - | 4.25 | 0.26 | A |
| 536 | Albany, NY | B | 1.00 | 6.95 | 0.31 | B |
| 540 | Buffalo, NY | D | 1.20 | 8.95 | 0.31 | D |

HOUSEHOLD GOODS CARRIERS' BUREAU COMMITTEE, AGENT
1611 DUKE STREET, ALEXANDRIA, VA 22314-3482

08/18/2005 00:07 FAX 5087219101    ALL PRO MOVING & STORAGE    ☑001/002

# PROFESSIONAL MOVERS COMMERCIAL RELOCATION TARIFF

INFO COPY

ADDITIONAL SERVICES                                    4th Revised Page 99

A  SECTION 2, PART B, ADDITIONAL SERVICES (See Parts E and F for Services Within Alaska)

SEE ITEM 10000 FOR ABBREVIATIONS AND REFERENCE MARKS

| Service Area No. | Service Area Name | Additional Services Cost Schedule | Item 170 Schedule A Only ATC | Item 185 Storage-In-Transit SIT 1st Day | Item 185 Storage-In-Transit SIT Each Additional Day | Item 210 Pickup & Delivery From SIT |
|---|---|---|---|---|---|---|
| 184 | Orlando, FL | A | * | 5.75 | 0.30 | A |
| 188 | Pensacola, FL | A | * | 6.10 | 0.31 | A |
| 192 | Tallahassee, FL | A | - | 6.35 | 0.31 | A |
| 196 | Tampa, FL | A | - | 7.80 | 0.31 | A |
| 200 | Albany, GA | A | - | 4.50 | 0.27 | A |
| 204 | Atlanta, GA | B | 0.90 ※ | 6.70 | 0.31 | B |
| 208 | Augusta, GA | A | - | 4.95 | 0.30 | A |
| 212 | Columbus, GA | A | - | 4.55 | 0.30 | A |
| 216 | Savannah, GA | A | 0.90 | 6.70 | 0.31 | A |
| 220 | Hawaii, HI | A | - | 5.75 | 0.30 | A |
| 224 | Honolulu, HI | A | - | 5.20 | 0.31 | A |
| 228 | Kauai, HI | A | - | 4.05 | 0.26 | A |
| 232 | Maui, HI | A | * | 4.05 | 0.26 | A |
| 236 | Boise, ID | B | - | 7.60 | 0.31 | B |
| 240 | Pocatello, ID | B | - | 5.20 | 0.30 | B |
| 244 | Twin Falls, ID | A | - | 6.00 | 0.27 | A |
| 248 | Bloomington, IL | B | 1.20 | 8.85 | 0.31 | B |
| 252 | Chicago, IL | D | 4.35 | 10.35 | 0.40 | D |
| 256 | Mount Vernon, IL | D | 1.35 | 6.95 | 0.31 | D |
| 260 | Peoria, IL | B | 0.90 | 8.05 | 0.31 | B |
| 264 | Springfield, IL | B | 1.20 | 8.40 | 0.31 | B |
| 268 | Elkhart, IN | C | - | 7.85 | 0.31 | C |
| 272 | Evansville, IN | A | - | 6.20 | 0.30 | A |
| 276 | Ft. Wayne, IN | B | - | 5.85 | 0.30 | B |
| 280 | Indianapolis, IN | B | - | 5.05 | 0.30 | B |
| 284 | Lafayette, IN | B | - | 5.85 | 0.30 | B |
| 288 | Terre Haute, IN | B | 1.20 | 5.65 | 0.30 | B |
| 292 | Davenport, IA | B | 1.20 | 7.85 | 0.31 | B |
| 296 | Des Moines, IA | A | 0.90 | 7.95 | 0.31 | A |
| 300 | Sioux City, IA | B | - | 6.90 | 0.30 | B |
| 304 | Waterloo, IA | B | 1.20 | 7.85 | 0.31 | B |
| 308 | Dodge City, KS | B | - | 4.05 | 0.26 | B |
| 312 | Great Bend, KS | B | - | 4.05 | 0.26 | B |
| 316 | Topeka, KS | A | 0.90 | 7.20 | 0.30 | A |
| 320 | Wichita, KS | B | 0.90 | 5.95 | 0.30 | B |
| 324 | Bowling Green, KY | A | * | 4.80 | 0.27 | A |
| 328 | Lexington, KY | A | - | 5.05 | 0.30 | A |
| 332 | Louisville, KY | A | - | 9.10 | 0.35 | A |
| 336 | Paducah, KY | A | 1.35 | 4.20 | 0.26 | A |
| 340 | Somerset, KY | A | - | 4.05 | 0.25 | A |
| 344 | Alexandria, LA | B | - | 4.95 | 0.30 | B |
| 348 | Lafayette, LA | A | - | 5.80 | 0.31 | A |
| 352 | Monroe, LA | C | - | 4.80 | 0.27 | C |
| 356 | New Orleans, LA | A | 0.90 | 4.95 | 0.30 | A |
| 360 | Shreveport, LA | A | - | 4.95 | 0.30 | A |

# EXHIBIT 9

# PROFESSIONAL MOVERS COMMERCIAL RELOCATION TARIFF

INFO COPY                                                              5th Revised Page 110

**ADDITIONAL SERVICES**

A SECTION 2, PART C, RATES (IN DOLLARS AND CENTS) APPLICABLE FOR ADDITIONAL SERVICES
SEE ITEM 10000 FOR ABBREVIATIONS AND REFERENCE MARKS

## COST SCHEDULE "D"

**ITEM 115 - Extra Pickup or Delivery**
Rate per stop or call:                 125.70 per stop

**ITEM 120 - Extra Labor**
Rate per hour per man: Regular         63.25 per hour
                       Overtime        95.00 per hour

**ITEM 125 - Auxilary Service**
Refer to Part D for provisions and charges to apply

**ITEM 130 - Bulky Articles**
Refer to Part D for provisions and charges to apply

**ITEM 140 - Waiting Time**
Rate per hour:
Climatic Control Equipment Charge      58.80 per hour
All Other Equipment Charge             47.95 per hour

**ITEM 145 - Export or Import Charge**
Rate per cwt: Canada                   3.85 per cwt.
              Mexico                   9.55 per cwt.

**ITEM 155 - Ferry, Bridge and Service Charges**
Refer to Part D for provisions and charges to apply

**ITEM 160 - Elevator, Stair Carry or Long Carry**
Rate per cwt. For handling freight not adjacent to vehicle
at origin or destination
Elevator Charge for any number or flights     3.20 per cwt.
Stair Carry Charge (in or out) per each flight 2.25 per cwt.
Long Carry Charge per each carry               2.25 per cwt.
Refer to Part D for minimum charges to apply

**ITEM 160-1 - Piano or Organ Carry Charges**
Elevator - Inside or outside a building or hou   31.65
Stair Carry Inside a building, 1st flight        31.65
        Each additional flight                   15.80
        Outside a building, 1st flight           31.65
        Each additional flight                   17.75
Refer to Part D for minimum charges to apply

**ITEM 175 - Overtime Loading and/or Unloading**
In addition to linehaul charges        9.85 per cwt.

**ITEM 195 - Servicing Appliances**
Servicing   1st Article                41.45
            Each Additional Article    27.95
Reservicing 1st Article                27.95
            Each Additional Article    17.60

**ITEM 207 – Climatic Control Service**
Rate per mile                          1.00 per mile
Subject to the following per shipment minimums:
    Minimum Mileage Charge             300.00
    Minimum Weight (lbs.)              10,500

**ITEM 210 - Pickup and Delivery to/from Storage-In-Transit**
Refer to Part D for provisions and charges to apply

**ITEM 217 – Officially Assessed State Fees**
None currently applicable

**ITEM 225 - Warehouse Pickup and Delivery Service**
Refer to Part D for provisions and charges to apply