UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA05-11721

| Janice Camillo | All Pro Moving and Storage |
|---|---|
| PLAINTIFF | DEFENDANT |
| Sean Donahue | Wesley Chused |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER   Twomey

CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 9/26/05 | Court listens to parties arguments on plaintiff's motion for preliminary injunction (docket no. 6). |
| | Court denies the motion for preliminary injunction. Court sets a schedule for the remainder of the case. |
| | Scheduling order to issue. |