UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JANICE CAMILLO,           )<br>                          )<br>    *Plaintiff,*         )<br>                          )<br>v.                        )<br>                          )   CIVIL ACTION<br>ALL PRO MOVING & STORAGE, INC.,   )   NO. 05-11721-MLW<br>                          )<br>    *Defendant.*         )<br>                          ) | |

### DEFENDANT'S MOTION TO CONTINUE TRIAL DATE

The Defendant, All Pro Van Lines, Inc. ("All Pro"), respectfully moves that the Court continue the trial scheduled in this case from January 9, 2006 to on or after January 16, 2006 on the grounds that Defendant's counsel, Wesley S. Chused, has a scheduling conflict, as more particularly described below and in Mr. Chused's Affidavit filed in support of this motion.

As set forth in Mr. Chused's Affidavit, upon his receipt of this Court's September 27, 2005 Scheduling Order, which set a January 9, 2006 trial date for this case, he checked his schedule and saw that he has a previous commitment to attend a meeting of the Conference of Freight Counsel, scheduled for January 8 and 9, 2006 in California, and will not return to the his office until January 10, 2006. Mr. Chused will be available for trial commencing on or after Monday, January 16, 2006.

### Local Rule 7.1(A)(2) Certification

I, Wesley S. Chused, attorney for the Defendant, All Pro Van Lines, Inc., pursuant to Local Rule 7.1(A)(2), hereby certify that on October 3, 2005, I conferred with Plaintiff's

counsel, Sean F. Donahue, in a good faith attempt to resolve or narrow the issue herein, and Mr. Donahue said the Plaintiff does not object to a continuance of the trial in this case.

WHEREFORE, Defendant All Pro Van Lines, Inc. prays that the Court continue the trial of this case from January 9, 2006 to a convenient date on or after January 16, 2006.

                ALL PRO VAN LINES, INC.
                By its attorney,

October 3, 2005                */s/ Wesley S. Chused*
                Wesley S. Chused (BBO #083520)
                LOONEY & GROSSMAN LLP
                101 Arch Street
                Boston, MA  02110
                (617) 951-2800

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2005 I served a copy of the foregoing pleading upon all parties hereto by hand, electronically, facsimile or by mailing copies thereof via first-class mail, postage prepaid, properly addressed to:

        John H. Molloy, Esq.
        Sean F. Donahue, Esq.
        379 Salem Street
        Medford, Massachusetts 02155

                */s/ Wesley S. Chused*
                Wesley S. Chused