UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JANICE CAMILLO,                         )<br>                                                  )<br>        *Plaintiff,*                            )<br>                                                  )<br>v.                                              )<br>                                                  )<br>ALL PRO MOVING & STORAGE, INC.,  )<br>                                                  )<br>        *Defendant.*                         )<br>                                                  ) | CIVIL ACTION<br>NO. 05-11721-MLW |

**AFFIDAVIT OF WESLEY S. CHUSED**
**IN SUPPORT OF DEFENDANT'S MOTION TO CONTINUE TRIAL DATE**

Commonwealth of Massachusetts }
County of Suffolk                         }  ss.

      Wesley S. Chused, upon oath, deposes and states as follows:

      1.    My name is Wesley S. Chused and I am attorney of record for the defendant, All Pro Van Lines, Inc. ("All Pro"), in this action.

      2.    Following the motion hearing and arguments that were held before this Court on September 26, 2005, I received this Court's Scheduling Order in this case.

      3.    As I was entering the various deadlines and due dates in my diary, I noticed that paragraph 9 of the Scheduling Order provides that trial of this case was scheduled to commence on January 9, 2006.

      3.    In checking my calendar for that date, I saw that I am scheduled to attend a meeting of the Conference of Freight Counsel, previously scheduled, that I must attend in Sonoma,

-2-

California on January 8 and 9, 2006, following which I will be back in my office on January 10, 2006.  I am Vice Chairman of the Conference of Freight Counsel, and my attendance at that meeting is necessary.

    4.    I can commence trial of this case on or after Monday, January 16, 2006.

    5.    Consequently, I respectfully ask that the Court continue the trial of this case, to accommodate my scheduling conflict, to on or after Monday, January 16, 2006.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 3, 2005.

        */s/ Wesley S. Chused*
        Wesley S. Chused