UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| | ) |
| JANICE CAMILLO, | ) |
| | ) |
| Plaintiff, | )  DOCKET NO.: 05-11721-MLW |
| | ) |
| -v- | ) |
| | ) |
| ALL PRO MOVING & STORAGE, INC., | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S ANSWER TO COUNTERCLAIM

Plaintiff/Defendant-in-Counterclaim, Janice Camillo (hereinafter "Mrs. Camillo"), files the following Answer to defendant/plaintiff-in-Counterclaim All Pro Moving & Storage, Inc.'s (hereinafter "All Pro") Counterclaim dated August 31, 2005.

### Parties, Jurisdiction and Venue

1.    Upon information and belief, Mrs. Camillo believes the information contained in ¶ 1 is correct, but calls upon All Pro to prove same at trial, if material.

2.    Upon information and belief, Mrs. Camillo believes the information contained in ¶ 2 is correct, but calls upon All Pro to prove same at trial, if material.

3.    Mrs. Camillo admits the statements contained in ¶ 3.

4.    Upon information and belief, Mrs. Camillo believes the information contained in ¶ 4 is correct, but calls upon All Pro to prove same at trial, if material.

5.    Upon information and belief, Mrs. Camillo believes the information contained in ¶ 5 is correct, but calls upon All Pro to prove same at trial, if material.

6.    Upon information and belief, Mrs. Camillo believes the information contained in ¶ 6 is correct, but calls upon All Pro to prove same at trial, if material.

7.    Upon information and belief, Mrs. Camillo believes the information contained in ¶ 7 is correct, but calls upon All Pro to prove same at trial, if material.

WHEREFORE, defendant-in-Counterclaim Janice Camillo prays that the Court dismiss plaintiff-in-Counterclaim's Counterclaim and award Mrs. Camillo costs and attorney's fees for her defense of this action; and for such further relief as this Court deems just.

JANICE CAMILLO, Plaintiff,
By her Attorneys,

LAW OFFICES OF JOHN H. MOLLOY

| | |
|---|---|
| John H. Molloy | BBO #600778 |
| Sean F. Donahue | BBO #558058 |

379 Salem Street
Medford, Massachusetts 02155
(781) 395-3569

## CERTIFICATE OF SERVICE

I, Sean F. Donahue, Esquire, of the Law Offices of John H. Molloy, counsel for the within-named plaintiff/defendant-in-Counterclaim, certify that I have this 23rd day of September 2005 served a copy of the foregoing *Plaintiff's Answer to Counterclaim* upon defendant/plaintiff-in-Counterclaim by causing same to be mailed, postage prepaid, to:

Wesley S. Chused, Esquire
Looney & Grossman LLP
101 Arch Street
Boston, Massachusetts 02110

Sean F. Donahue

-5-