# JOHN H. MOLLOY
### ATTORNEY AT LAW

Robert B. Burns, Esquire
Sean F. Donahue, Esquire
Sergio P. Vespa, Esquire (of counsel)

*Please direct all correspondence to the Medford Office

385 Broadway, Suite 402
Revere, Massachusetts 02151
Telephone: 781-284-9934
Facsimile:  781-284-5301

3353 Washington Street
Jamaica Plain, Massachusetts 02130
Telephone: 617-522-9701
Facsimile: 617-522-9703

379 Salem Street
Medford, Massachusetts 02155
Telephone: 781-395-3569
Facsimile: 781-395-4165

FILED IN CLERKS OFFICE
2005 OCT 11 P 4:26
U.S. DISTRICT COURT
DISTRICT OF MASS

October 11, 2005

The Honorable Mark Wolf
United States District Court
John Joseph Moakley U.S. Courthouse
One Court House Way
Boston, Massachusetts 02210

    Re:    **Janice Camillo v. All Pro Moving & Storage, Inc.**
             **United States District Court (D.Mass.) Docket No.: 05-11721-MLW**

Dear Judge Wolf:

    This will confirm that, at this juncture, the parties have been unable to achieve settlement in the above-entitled action. However, we are continuing to negotiate in good faith and will report to the Court as our efforts progress. The parties agree to notify the Court in the event of a resolution.

    Your time and attention to this matter is greatly appreciated.

                                    Very truly yours,

                                    Sean F. Donahue

SFD:mal
*Copy to:*    Wesley S. Chused, Esquire