UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 DEC -7 P 12: 47

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| Janice Camillo,<br>      *Plaintiff*<br><br>v.<br><br>All Pro Moving & Storage, Inc.,<br>      *Defendant* | CIVIL ACTION<br>NO.: 05-11721-MLW |

**ASSENTED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Fed. R. Civ. P. 6(b) Plaintiff Janice Camillo ("Camillo") moves that the Court enlarge the period of time from which Plaintiff Camillo shall respond to Defendant's preemption argument per order of Wolf, J., dated November 28, 2005. Plaintiff Camillo requests that the period of time be extended from December 7, 2005 to December 9, 2005.

As grounds therefore, Attorney Sean F. Donahue, who has been preparing Plaintiff Camillo's response to Defendant's preemption argument, suffered the loss of a dear personal friend on December 2, 2005, and funeral services were held on December 7, 2005.

An affidavit in support of this motion is attached hereto.

### Local Rule 7.1 (A)(2) Certification

Pursuant to Local Rule 7.1 (A)(2), I hereby certify that on December 6, 2005, I conferred with Plaintiff's counsel, Wesley S. Chused, in a good faith attempt to resolve or narrow the issue herein. Attorney Chused assents to the allowance of this motion.

WHEREFORE, Plaintiff Janice Camillo prays that the Court grant this Motion, and modify its' Order dated November 28, 2005, as requested herein.

| FOR THE PLAINTIFF, | FOR THE DEFENDANT, |
| JANICE CAMILLO | ALL PRO MOVING & STORAGE, INC. |
| By her attorney: | By its attorney: |

Sean F. Donahue, BBO # 558058
John H. Molloy, BBO # 600778
Law Offices of John H. Molloy
379 Salem Street
Medford, MA  02155

/s/ Wesley S. Chused
Wesley S. Chused
Looney & Grossman
101 Arch Street
Boston, MA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
2005 DEC -7 P 12: 47

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| Janice Camillo,<br>    *Plaintiff*<br><br>v.<br><br>All Pro Moving & Storage, Inc.,<br>    *Defendant* | CIVIL ACTION<br>NO.: 05-11721-MLW |

**AFFIDAVIT OF SEAN F. DONAHUE IN SUPPORT OF
ASSENTED MOTION FOR ENLARGEMENT OF TIME**
*(Fed. R. Civ. P. 6 [b])*

I, Sean F. Donahue, do hereby depose and state the following:

1. I am an attorney whose is employed by the Law Offices of John H. Molloy, 379 Salem Street, Medford, Massachusetts 02155.

2. I have been assigned by my employer to prepare Plaintiff Camillo's response to Defendant's preemption argument.

3. I have been working on Plaintiff's response.

4. On December 2, 2005, I suffered the loss of a dear personal friend, Wallace C. Cooledge.

5. Funeral services for Wallace C. Cooledge were held on December 7, 2005.

6. On December 6, 2005, I telephoned Attorney Wesley Chused about this situation and he agreed to assent to the enlargement of time, as requested in the motion.

7. This affidavit is submitted in support of an Assented Motion For Enlargement of Time pursuant to Fed. R. Civ. P. 6 (b);

8. Signed under the pains and penalties of perjury, this 6th day of December, 2005.

_____
Sean F. Donahue

## Certificate of Service

I hereby certify that on December 7, 2005, I served a copy of the foregoing Assented Motion For Enlargement of Time upon all parties hereto by facsimile and by mailing copies thereof via first-class mail, postage prepaid, and properly addressed to:

>Wesley S. Chused
>Looney & Grossman, LLP
>101 Arch Street
>Boston, MA  02110

Sean F. Donahue