UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Janice Camillo,<br>   *Plaintiff*<br><br>v.<br><br>All Pro Moving & Storage, Inc.,<br><br>   *Defendant* | CIVIL ACTION<br>NO.: 05-11721-MLW |

### REPORT OF PARTIES PURSUANT TO
### THIS COURT'S SCHEDULING ORDER
### DATED SEPTEMBER 27, 2005

Now comes both parties in the above-referenced matter and respectfully report to this Honorable Court that settlement has been discussed but not yet achieved.

Additionally, Defendant All Pro Moving & Storage, Inc. believes that there is a basis for summary judgment on the grounds of the Carmack Amendment. 49 U.S.C. Section 14706.

### Local Rule 7.1 (A)(2) Certification

Pursuant to Local Rule 7.1 (A)(2), we hereby certify that on December 9, 2005, Plaintiff Janice Camillo and Defendant All Pro Moving & Storage, Inc., conferred through their respective counsel, Attorneys Sean F. Donahue and Wesley S. Chused, in a good faith attempt to resolve or narrow the issue herein.

| FOR THE PLAINTIFF, | FOR THE DEFENDANT |
| JANICE CAMILLO | ALL PRO MOVING & STORAGE, INC. |

By her attorney:                                   By its attorney

/s/ Sean F. Donahue                                /s/ Wesley S. Chused
Sean F. Donahue, BBO # 558058                      Wesley S. Chused, BBO # 083520
John H. Molloy, BBO # 600778                       Looney & Grossman, LLP
Law Offices of John H. Molloy                      101 Arch St.
379 Salem Street                                   Boston, MA  02110
Medford, MA  02155                                 617.951-2800
781.395-3569