UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANICE CAMILLO, | ) |
| | ) |
| Plaintiff, | ) DOCKET NO.: 05-11721-MLW |
| | ) |
| -v- | ) |
| | ) |
| ALL PRO MOVING & STORAGE, INC., | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I, Sean F. Donahue, Esquire, counsel for the within-named plaintiff, certify that I have this 9TH day of December 2005 served a copy of the following documents upon defendant by causing same to be faxed and mailed to its counsel-of-record:

Wesley S. Chused, Esquire
Looney & Grossman, LLP
101 Arch Street
Boston, Massachusetts 02110-1112

(1) Memorandum in Support of Plaintiff's Motion to Amend Complaint; and
(2) Report of Parties Pursuant to this Court's Scheduling Order dated September 27, 2005.

JANICE CAMILLO, Plaintiff,
By her Attorneys,

LAW OFFICES OF JOHN H. MOLLOY

John H. Molloy        BBO #600778
Sean F. Donahue       BBO #558058
379 Salem Street
Medford, Massachusetts 02155
(781) 395-3569