UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 DEC 13  A 10: 03

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| Janice Camillo,                    )<br>          *Plaintiff*        )<br>                      )<br>v.                                         )<br>                      )<br>All Pro Moving & Storage, Inc.,  )<br>          *Defendant*     )    | CIVIL ACTION<br>NO.: 05-11721-MLW |

## PLAINTIFF'S MOTION TO BE AVAILABLE BY TELEPHONE
## IN LIEU OF IN-COURT APPEARANCE

Now comes Plaintiff Janice Camillo ("Camillo") in the above-captioned matter and respectfully moves this Honorable Court to allow her to be available by telephone for the scheduling conference to be held on Wednesday, December 14, 2005, at 4:00 p.m., in lieu of an in-court appearance.

As grounds therefore, Plaintiff Camillo states that she presently resides in the Atlanta, Georgia area and seeks to avoid the financial costs and expenses of traveling to the Boston, Massachusetts area for the said proceeding.

WHEREFORE, Plaintiff Camillo prays that this Court allow this Motion To Be Available By Telephone In Lieu of An In-Court Appearance.

FOR THE PLAINTIFF,
JANICE CAMILLO

By her attorney:

_____
Sean F. Donahue
Law Offices of John H. Molloy
379 Salem Street
Medford, MA  02155

### Certificate of Service

I hereby certify that on December 13, 2005, I served a copy of the foregoing Plaintiff's Motion To Be Available By Telephone In Lieu Of In-Court Appearance upon all parties hereto by facsimile and by mailing copies thereof via first-class mail, postage prepaid, and properly addressed to:

Wesley S. Chused
Looney & Grossman, LLP
101 Arch Street
Boston, MA  02110

_____
Sean F. Donahue

2