UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 DEC 23 P 4: 04

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| Janice Camillo,  *Plaintiff*  v.  All Pro Moving & Storage, Inc.,  *Defendant* | CIVIL ACTION NO.: 05-11721-MLW |

**STATUS REPORT**

Now comes Plaintiff Janice Camillo in the above-referenced matter and respectfully reports to this Honorable Court that discussions have occurred between Defendant All Pro Moving & Storage, Inc. but a settlement has not yet been achieved.

**Local Rule 7.1 (A)(2) Certification**

Pursuant to Local Rule 7.1 (A)(2), I hereby certify that on or about December 20, 2005, Plaintiff Janice Camillo and Defendant All Pro Moving & Storage, Inc., conferred through their respective counsel, Attorneys Sean F. Donahue and Wesley S. Chused, in a good faith attempt to resolve or narrow the issue herein.

FOR THE DEFENDANT
ALL PRO MOVING & STORAGE, INC.

By its attorney

*/s/ Sean F. Donahue*
Sean F. Donahue, BBO # 558058
John H. Molloy, BBO # 600778
Law Offices of John H. Molloy
379 Salem Street
Medford, MA 02155
781.395-3569