UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
_____ )
                                    )
JANICE CAMILLO,                     )
                                    )
            Plaintiff,              )
                                    )
v.                                  )
                                    )        CIVIL ACTION
ALL PRO MOVING & STORAGE, INC.,     )        NO. 05-11721-MLW
                                    )
            Defendant.              )
_____ )
```

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby stipulate that all claims and

counterclaims of both parties in this action be dismissed with prejudice, without costs and with

all rights of appeal waived.

|  |  |
|---|---|
|  | Respectfully submitted, |
| JANICE CAMILLO | ALL PRO MOVING & STORAGE INC. and ALL PRO VAN LINES, INC. |
| By her attorney, | By their attorney, |
| */s/ Sean F. Donahue* | */s/ Wesley S. Chused* |
| Sean F. Donahue (BBO # 558058) | Wesley S. Chused (BBO #083520) |
| LAW OFFICE OF JOHN H. MOLLOY | LOONEY & GROSSMAN LLP |
| 385 Broadway, Suite 402 | 101 Arch Street, 9th Floor |
| Revere, MA 02151 | Boston, MA 02110 |
| (781) 284-9934 | (617) 951-2800 |
| January 26, 2006 | January 26, 2006 |